Genesis Building Services
P.O. Box 25360
San Mateo, CA


Alexia S. Marquis
1731 California St #3
Berkley, CA 94703


All-Guard Systems, Inc
23194 Kidder Ct.
Hayward, CA 94545


F.C. Chamber of Commerce
989 E. Hillsdale Blvd #160
Foster City, CAQ 94404


Allied Waste Service #925
San Mateo District
P.O. box 78024
Phoenix, AZ 85062


Brian Fitzpatrick
7 Claymont Drive
Ladera Ranch, CA 92694


Brian Fitzpatrick
7 Claymount Drive
Ladera Ranch, CA 92694


Burlingame Capital Partners II, L.P
3182 Campus Drive, Suite 306
San Mateo, CA 94403


California Security
1009 Claremont
San Mateo, CA 94402

Charlet N Burcin
3883 Farm Hill Blvd
Redwood City. CA 94061


Cheryl L Verbugge
1465 Marlin Avenue
Foster city, CA 94404


Cindy Wood
521 Nottingham Lane
Foster City, CA 94404


City National Bank
P.O. Box 60938
Los Angeles, CA 90060


City Natl Bank
350 Primrose Raod
Burlingame, CA 94010


City Natl Bank
350 Primrose RD.
Burlingame, CA 94010


City Natl Bank
350 Primrose Rd.
Burlingame, CA 94010


City of Foster City
610 Foster City Blvd.
Foster City , CA 94404


Claire Miner
680 San Benito ave
Menlo Park, CA 94025

Case: 08-30026   Doc# 3   Filed: 01/09/08   Entered: 01/09/08 19:28:23   Page 2 of 9

CoPower
Dept. 33824
P.O. Box 39000
San Francisco, CA 94139


Copyland Printing
1150 Chess Dr. #6
Foster City, CA 94404


Corrine F Ortega
13 King court
San Mateo, CA 94403


Cynthia E. Clemons
531 Chestnut street apt #1
San Carlos, CA 94070


Debbi Curran
143 Somerset street
Redwood City, CA 94062


Dennis G Plesea
1576 Waller
San Francisco, CA 94117


Department of Social Services


Diane H Marcum
1049 Shell Blvd #4
Foster city, CA 94404


Discount School Supply
P.O. Box 1636
Spreckels, CA 93962

Case: 08-30026    Doc# 3    Filed: 01/09/08    Entered: 01/09/08 19:28:23    Page 3 of 9

Doreen L. James
714 Widgeon St
Foster City, CA 94404


Ellie Novotarski
365 Chaucer Dr.
Fremont, CA 94555


Emi Kujiraoka Thompson
758 Caravel Ln
Foster City, CA 94404


Jennine A Aiello
148 West 40th Ave
San Mateo, CA 94403


Joy D Cardelli
3419 Oak Knoll Drive
Redwood City. CA 94062


Julie A Quinn
425 N El Camino Real #103
San Mateo, CA 94401


Katherine N Strem
232 Arundel Road
Burlingame, CA 94010


Katherine Trujullio
95 Curtis Court
San Carlos, CA 94070


Kathleen Cornwell
510 Yale Drive
San Mateo, CA 94402

Kathleen H Parker
1749 Wolfe Drive
San Mateo, CA 94402

Katsuri Basu
809 Spruance lane
Doster City, CA 94404

Kickers Plus
145 N. Amplett Blvd.
San Mateo, CA

Kirk Freeman
214 Grant Ave #301
San Francisco, CA 94108

Kristen A Maciejewski
1140 Hawthorne Dr.
San Mateo, CA 94402

Lanier Inc.
P.O. Box 105533
Atlanta, GA 30348

Lea N. Rochelle-Tran
520 S. El Dorado Street
San Mateo, CA 94402

Leah D. Harper
1562 Waller Street
San Francisco, CA 94117

Linda A Quintero
651 Port drive apt 204
San Mateo, CA 94404

Linda Koelling
1970 Beach Park Blvd.
Foster City, CA 94404


Linda Koelling
602 Cornwallis
Foster City, CA 94404


Linda M Daly
306 Palomar ct
San Bruno, CA 94066


Luzviminda Ogo
941 Jamaica Street
Foster city, CA 94404


Maria Luisa Ruperto
3042 Los Prados Street #101
San Mateo, CA 94403


Mark Martel, Esq.
425 Sherman Ave., #330
Palo Alto, CA 94306


Mary L Frye
59 Washington Street #142
Santa Clara, CA 95050


Mary L Kassebaum
1970 Beach Park
Foster City, CA 94404


Nancy Barbi
2060 Kings Lane
San Mateo, CA 94402

Case: 08-30026   Doc# 3   Filed: 01/09/08   Entered: 01/09/08 19:28:23   Page 6 of 9

New Discovery Tours
1547 Palos Verdes #300
Walnut Creek, CA 94597


Nicole G Neal
1416 Laurel Street Apt 3
San Carlos, CA 94070


Northwest Security
P.O. Box 14084
San Francisco, CA 94114


Office Depot
P.O. Box 70025
Los Angeles, CA 90074


Perisho, Tombor
355 Santana Row #2000
San Jose, CA 95128


Rentschler/Tursi
160 Bovet Rd #200
San Mateo, CA 94402


Republic Indemnity Co. Of America
P.O. Box 51060
Los Angeles, CA 90051


S&S Worldwide
P.O. box 518
Colchester, CT


Sandra A Bianchi
3840 23rd Street
San Francisco, CA 94114

Case: 08-30026   Doc# 3   Filed: 01/09/08   Entered: 01/09/08 19:28:23   Page 7 of 9

Shirely Sweeny
915 Clipper lane
Foster City, CA 94404

Sona Dakessian
464 Bloomfield Rd
Burlingame, CA 94010

Tabatha L Dirickson
1126 Bounty Drive
Foster City, CA 94404

Terminix
938 Linden Ave
South San Fancisco, CA 94080

The Swenson Group
207 Boeing Ct.
Livermore,

United Parenting Publications
P.O. box 1460
Norfolk, VA 23501

US Bancorp
1310 Madrid Street, Ste 101
Marshall, MN 56258

US Bancorp
1310 Madrid Street, Ste. 101
Marshall, MN 56258

Wells Fargo/Mastercard
P.O. Box 54349
Los Angeles CA

Wells Fargo/VISA
P.O. Box 54349
Los Angeles, CA

Wolfpack Dental
P.O. Box 156
Belmont, CA

Yalonda R Wilkins
19400 Garrison Avenue
Castro Valley, CA 94546