ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525)
WILLIAM W. HUCKINS (BAR NO. 201098)
JAMES A. TIMKO (BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: rmoore@allenmatkins.com
        mgreger@allenmatkins.com
        whuckins@allenmatkins.com
        jtimko@allenmatkins.com

Attorneys for Secured Creditor
Burlingame Capital Partners II, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026-DM<br><br>Chapter 11<br><br>**EMERGENCY *EX PARTE* MOTION BY SECURED CREDITOR TO: (1) REQUIRE THE DEBTOR TO SEGREGATE AND ACCOUNT FOR CASH COLLATERAL; AND (2) TO CONDITION USE OF CASH COLLATERAL ON ADEQUATE PROTECTION OF SECURED CREDITOR'S LIENS**<br><br>[NO HEARING REQUIRED; LOCAL BANKRUPTCY RULE 9014-1(b)(1)(A)] |

Burlingame Capital Partners II, L.P. ("Burlingame"), moves the Court *ex parte* for the entry of an order (the "Order") requiring Kids Connection, Inc., the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor"), to segregate and account for all cash collateral in its possession, custody or control and to condition the use of cash collateral on the adequate protection of Burlingame's liens against the Debtor's property.

As more fully described in the memorandum of points and authorities filed herewith,[1] under California law, Burlingame holds liens against all of the Debtor's real and personal property assets, including its cash collateral. The Debtor filed its bankruptcy case on January 9, 2008, and, apparently continues to operate its business. The Debtor, however, has not filed a motion under section 363 of the Bankruptcy Code seeking authorization to use the cash collateral subject to Burlingame's liens. Further, Burlingame has not consented to the use of its cash collateral. Thus, as the Debtor apparently continues to use cash collateral in the operation of its business, Burlingame is potentially suffering immediate and irreparable harm to its security interests.

This Motion is made pursuant to sections 105, 361, 363(c)(4), and 363(e) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure. This Motion is based on the related points and authorities and the declarations of James A. Timko and Michael S. Greger, filed concurrently herewith.

Dated: January 18, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ Michael S. Greger*
MICHAEL S. GREGER
Attorneys for Secured Creditor
Burlingame Capital Partners II, L.P.

---

[1] Not all parties receiving this Motion were served with the Memorandum of Points and Authorities and Declarations of Michael S. Greger and James A. Timko filed in Support of this Motion. Requests for copies of these documents can be made by contacting James A. Timko at (949) 553-1300.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP