B6A (Official Form 6A) (12/07)

In re: **Kids Connection, Inc.**           Case No. <u>08-30026-DM</u>

Debtor

(if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1970 Beach Park Blvd Foster City, CA 94404** | **Fee Owner** | | **$7,200,000.00** | **$9,850,000.00** |

Total  ➤  <b>$7,200,000.00</b>

(Report also on Summary of Schedules.)

Case: 08-30026   Doc# 27   Filed: 02/08/08   Entered: 02/08/08 18:17:29   Page 1 of 1