B6D (Official Form 6D) (12/07)

In re **Kids Connection, Inc.** _____ ,     Case No. **08-30026-DM**
                                      Debtor                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0406860044<br><br>Brian Fitzpatrick<br>7 Claymount Drive<br>Ladera Ranch, CA 92694 | | | 03/03/2004<br>Security Agreement<br>1970 Beach Park Blvd.<br>Foster City, CA 94404<br>and Financing Statementng Statement<br><br>VALUE $0.00 | | | | see below | 0.00 |
| ACCOUNT NO.<br><br>Brian Fitzpatrick<br>7 Claymont Drive<br>Ladera Ranch, CA 92694 | | | 03/03/2004<br>Non-Purchase Money Security Agreement<br>1970 Beach Park Blvd.<br>Foster City, CA 94404<br>and Financing Statement<br>Subordination Agreement recorded 12/29/2005 real property<br><br>VALUE $0.00 | | | | 200,000.00 | 0.00 |
| ACCOUNT NO. 077132565884<br><br>Burlingame Capital<br>3182 Campus Drive, Suite 306<br>San Mateo, CA 94403 | | | 10/05/2007<br>Judgment Lien<br>Subject to Set Off and Credit<br><br>VALUE $0.00 | X | X | X | 4,739,738.00 | 0.00 |
| ACCOUNT NO. 077132565884<br><br>Burlingame Capital Partners II, L.P.<br>3182 Campus Drive, Suite 306<br>San Mateo, CA 94403 | | | 10/11/2007<br>Judgment Lien<br>Subject to Set Off and Credit<br><br>VALUE $0.00 | X | X | X | see above | 0.00 |

2   continuation sheets attached

Subtotal ➤
(Total of this page)        **$ 4,939,738.00**   **$ 0.00**

Total ➤
(Use only on last page)        $       $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 08-30026    Doc# 29    Filed: 02/08/08    Entered: 02/08/08 18:19:45    Page 1 of 3

B6D (Official Form 6D) (12/07)- Cont.

In re **Kids Connection, Inc.** , Case No. **08-30026-DM**
Debtor (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City National Bank<br>350 Primrose Rd.<br>Burlingame, CA 94010 | X | | 12/29/2005<br>Non-Purchase Money Security Agreement<br>1970 Beach Park Blvd.<br>Foster City, CA 94404<br><br>VALUE $7,200,000.00 | | | | 5,200,000.00 | 0.00 |
| ACCOUNT NO. 067054587628<br><br>City Natl Bank<br>350 Primrose Raod<br>Burlingame, CA 94010 | | | 01/06/2006<br>Security Agreement<br>Financing Statement<br><br>VALUE $0.00 | | | | see below | 0.00 |
| ACCOUNT NO. 0016660098<br><br>City Natl Bank<br>350 Primrose RD.<br>Burlingame, CA 94010 | | | 06/06/2000<br>Security Agreement<br>Financing Statement<br>Continuation Filed 03/05/2005<br><br>VALUE $0.00 | X | X | | 0.00 | 0.00 |
| ACCOUNT NO. 0227360596<br><br>Linda Koelling<br>1970 Beach Park Blvd.<br>Foster City, CA 94404 | | | 09/30/2002<br>Security Agreement<br>Financing Statement<br>Continuation filed 8/23/07<br><br>VALUE $0.00 | | | | see below | 0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal >
(Total of this page)

Total >
(Use only on last page)

| | |
|---|---|
| $ 5,200,000.00 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 08-30026    Doc# 29    Filed: 02/08/08    Entered: 02/08/08 18:19:45    Page 2 of 3

B6D (Official Form 6D) (12/07)- Cont.

In re    **Kids Connection, Inc.**                                                                   , 　　　　Case No.    08-30026-DM
　　　　　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda Koelling<br>1970 Beach Park Blvd.<br>Foster City, CA 94404 | | | 09/27/2002<br>Non-Purchase Money Security Agreement<br>1970 Beach Park<br>Foster City, CA 94404<br>Suborindation Agreement Recorded 12/29/2005<br><br>VALUE $0.00 | | | | 250,000.00 | 0.00 |
| ACCOUNT NO.  087143212755<br><br>Mark Martel, Esq.<br>425 Sherman Ave., #330<br>Palo Alto, CA 94306 | | | 01/10/2008<br>Judgment Lien<br><br>VALUE $0.00 | | | | 120,000.00 | 0.00 |
| ACCOUNT NO.  0308460234<br><br>US Bancorp<br>1310 Madrid Street, Ste 101<br>Marshall, MN 56258 | | | 03/24/2003<br>Security Agreement<br>Financing Statement<br>see below<br><br>VALUE $0.00 | X | X | | 0.00 | 0.00 |
| ACCOUNT NO.  057024319132<br><br>US Bancorp<br>1310 Madrid Street, Ste. 101<br>Marshall, MN 56258 | | | 04/25/2005<br>Security Agreement<br>Lease#5007321 Konica Minolta 7272 copier system<br>Information Only<br><br>VALUE $0.00 | X | X | | 0.00 | 0.00 |

Sheet no. 2 of 2 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 　　370,000.00 | $ 　　0.00 |
| $ 10,509,738.00 | $ 　　0.00 |

(Report also on Summary of (If applicable, report
Schedules)　　　　　　　also on Statistical
　　　　　　　　　　　　Summary of Certain
　　　　　　　　　　　　Liabilities and
　　　　　　　　　　　　Related Data.)

Case: 08-30026    Doc# 29    Filed: 02/08/08    Entered: 02/08/08 18:19:45    Page 3 of 3