In re    **Kids Connection, Inc.**                      Case No.    <u>08-30026-DM</u>

Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**7 continuation sheets attached**

Case: 08-30026    Doc# 30    Filed: 02/08/08    Entered: 02/08/08 18:20:48    Page 1 of 8

In re   **Kids Connection, Inc.** _____,   Case No.   **08-30026-DM**_____
                                    Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alexia S. Marquis<br>1731 California St #3<br>Berkley, CA 94703 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Charlet N Burcin<br>3883 Farm Hill Blvd<br>Redwood City. CA 94061 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Cheryl L Verbugge<br>1465 Marlin Avenue<br>Foster city, CA 94404 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Cindy Wood<br>521 Nottingham Lane<br>Foster City, CA 94404 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Claire Miner<br>680 San Benito ave<br>Menlo Park, CA 94025 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Corrine F Ortega<br>13 King court<br>San Mateo, CA 94403 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals> (Totals of this page)   $ 0.00   $ 0.00  $ 0.00

Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )   $   $

In re    **Kids Connection, Inc.**                                      Case No.   **08-30026-DM**
_____                                        _____
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Cynthia E. Clemons** <br> **531 Chestnut street apt #1** <br> **San Carlos, CA 94070** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Debbi Curran** <br> **143 Somerset street** <br> **Redwood City, CA 94062** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Dennis G Plesea** <br> **1576 Waller** <br> **San Francisco, CA 94117** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Diane H Marcum** <br> **1049 Shell Blvd #4** <br> **Foster city, CA 94404** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Doreen L. James** <br> **714 Widgeon St** <br> **Foster City, CA 94404** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Ellie Novotarski** <br> **365 Chaucer Dr.** <br> **Fremont, CA 94555** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)             $ 0.00   $ 0.00   $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)             $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )             $             $

Case: 08-30026    Doc# 30    Filed: 02/08/08    Entered: 02/08/08 18:20:48    Page 3 of 8

In re    **Kids Connection, Inc.**                  Case No.    **08-30026-DM**
                                     Debtor                                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:   Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Emi Kujiraoka Thompson<br>758 Caravel Ln<br>Foster City, CA 94404 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Jennine A Aiello<br>148 West 40th Ave<br>San Mateo, CA 94403 | | | Remaining Contract Balance Unknown Quit-Last Day Feb. 6 | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Joy D Cardelli<br>3419 Oak Knoll Drive<br>Redwood City. CA 94062 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Julie A Quinn<br>425 N El Camino Real #103<br>San Mateo, CA 94401 | | | Remaining Contract Balance Unknown | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Katherine N Strem<br>232 Arundel Road<br>Burlingame, CA 94010 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Katherine Trujullio<br>95 Curtis Court<br>San Carlos, CA 94070 | | | Remaining Contract Balance Unknown Quit-Last Day Feb. 6 | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤ (Totals of this page)    $    0.00    $    0.00    $    0.00

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $      $

Case: 08-30026    Doc# 30    Filed: 02/08/08    Entered: 02/08/08 18:20:48    Page 4 of 8

B6E (Official Form 6E) (12/07) – Cont.

In re **Kids Connection, Inc.**      Case No. **08-30026-DM**
Debtor                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kathleen Cornwell <br> 510 Yale Drive <br> San Mateo, CA 94402 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Kathleen H Parker <br> 1749 Wolfe Drive <br> San Mateo, CA 94402 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Katsuri Basu <br> 809 Spruance lane <br> Doster City, CA 94404 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Kristen A Maciejewski <br> 1140 Hawthorne Dr. <br> San Mateo, CA 94402 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Lea N. Rochelle-Tran <br> 520 S. El Dorado Street <br> San Mateo, CA 94402 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> Leah D. Harper <br> 1562 Waller Street <br> San Francisco, CA 94117 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $ 0.00    $ 0.00    $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

Case: 08-30026    Doc# 30    Filed: 02/08/08    Entered: 02/08/08 18:20:48    Page 5 of 8

In re    **Kids Connection, Inc.**                                   Case No.    **08-30026-DM**

                                        Debtor                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Linda A Quintero** <br> **651 Port drive apt 204** <br> **San Mateo, CA 94404** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Linda Koelling** <br> **602 Cornwallis** <br> **Foster City, CA 94404** | | | | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Linda M Daly** <br> **306 Palomar ct** <br> **San Bruno, CA 94066** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Luzviminda Ogo** <br> **941 Jamaica Street** <br> **Foster city, CA 94404** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Maria Luisa Ruperto** <br> **3042 Los Prados Street #101** <br> **San Mateo, CA 94403** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. <br><br> **Mary L Frye** <br> **59 Washington Street #142** <br> **Santa Clara, CA 95050** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $   **0.00**   $   **0.00** $   **0.00**

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $      $

Case: 08-30026    Doc# 30    Filed: 02/08/08    Entered: 02/08/08 18:20:48    Page 6 of 8

In re    **Kids Connection, Inc.**              Case No.   **08-30026-DM**

                            Debtor                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary L Kassebaum<br>1970 Beach Park<br>Foster City, CA 94404 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Nancy Barbi<br>2060 Kings Lane<br>San Mateo, CA 94402 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Nicole G Neal<br>1416 Laurel Street Apt 3<br>San Carlos, CA 94070 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Sandra A Bianchi<br>3840 23rd Street<br>San Francisco, CA 94114 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Shirely Sweeny<br>915 Clipper lane<br>Foster City, CA 94404 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Sona Dakessian<br>464 Bloomfield Rd<br>Burlingame, CA 94010 | | | Remaining Contract Balance Unknown | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $     **0.00**   $     **0.00** $     **0.00**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $       $

B6E (Official Form 6E) (12/07) – Cont.

In re   **Kids Connection, Inc.**                                    Case No.  **08-30026-DM**
                                                                              (If known)
                          Debtor,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tabatha L Dirickson**<br>**1126 Bounty Drive**<br>**Foster City, CA 94404** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>**Yalonda R Wilkins**<br>**19400 Garrison Avenue**<br>**Castro Valley, CA 94546** | | | **Remaining Contract Balance Unknown** | X | X | | 0.00 | 0.00 | 0.00 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 0.00

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$ 0.00  $ 0.00