B6F (Official Form 6F) (12/07)

In re    <u>Kids Connection, Inc.</u>                Case No. <u>08-30026-DM</u>

Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>All-Guard Systems, Inc<br>23194 Kidder Ct.<br>Hayward, CA 94545 | | | | X | X | | 0.00 |
| ACCOUNT NO.<br><br>Allied Waste Service #925<br>San Mateo District<br>P.O. box 78024<br>Phoenix, AZ 85062 | | | | X | X | | 2,077.84 |
| ACCOUNT NO.<br><br>California Security<br><br>1009 Claremont<br>San Mateo, CA 94402 | | | | X | X | | 93.00 |
| ACCOUNT NO.<br><br>City National Bank<br>P.O. Box 60938<br>Los Angeles, CA 90060 | | | | | X | | 41,001.61 |
| ACCOUNT NO.<br><br>City of Foster City<br>610 Foster City Blvd.<br>Foster City , CA 94404 | | | | | | | 2,025.41 |

<u>5</u>   Continuation sheets attached

Subtotal ➤ $      45,197.86

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kids Connection, Inc.**                         Case No.  **08-30026-DM**

Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CoPower** <br> **Dept. 33824** <br> **P.O. Box 39000** <br> **San Francisco, CA 94139** | | | | | | | 158.70 |
| ACCOUNT NO. <br><br> **Copyland Printing** <br> **1150 Chess Dr. #6** <br> **Foster City, CA 94404** | | | | | | | 384.90 |
| ACCOUNT NO. <br><br> **Department of Social Services** | | | | | | | 1,400.00 |
| ACCOUNT NO. <br><br> **Discount School Supply** <br> **P.O. Box 1636** <br> **Spreckels, CA 93962** | | | | | | | 187.40 |
| ACCOUNT NO. <br><br> **F.C. Chamber of Commerce** <br> **989 E. Hillsdale Blvd #160** <br> **Foster City, CAQ 94404** | | | | | | | 75.00 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  &gt;  $    **2,206.00**

Total  &gt;  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 08-30026   Doc# 31   Filed: 02/08/08   Entered: 02/08/08 18:22:03   Page 2 of 6

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kids Connection, Inc.**                                 Case No.  **08-30026-DM**

                                           Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Genesis Building Services**<br>**P.O. Box 25360**<br>**San Mateo, CA** | | | | | | | 1,702.27 |
| ACCOUNT NO.<br><br>**Kickers Plus**<br>**145 N. Amplett Blvd.**<br>**San Mateo, CA** | | | | | | | 466.34 |
| ACCOUNT NO.<br><br>**Kirk Freeman**<br>**214 Grant Ave #301**<br>**San Francisco, CA 94108** | | | | X | | | 170,000.00 |
| ACCOUNT NO.<br><br>**Lanier Inc.**<br>**P.O. Box 105533**<br>**Atlanta, GA 30348** | | | | | | | 582.30 |
| ACCOUNT NO.<br><br>**New Discovery Tours**<br>**1547 Palos Verdes #300**<br>**Walnut Creek, CA 94597** | | | | | | | 1,033.53 |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                            Subtotal  ➤  $  **173,784.44**

                                Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Kids Connection, Inc._____,     Case No. __08-30026-DM_____

Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Northwest Security**<br>**P.O. Box 14084**<br>**San Francisco, CA 94114** | | | | | | | 269.59 |
| ACCOUNT NO.<br><br>**Office Depot**<br>**P.O. Box 70025**<br>**Los Angeles, CA 90074** | | | | | | | 1,924.31 |
| ACCOUNT NO.<br><br>**Perisho, Tombor**<br>**355 Santana Row #2000**<br>**San Jose, CA 95128** | | | | | | | 6,546.25 |
| ACCOUNT NO.<br><br>**Rentschler/Tursi**<br>**160 Bovet Rd #200**<br>**San Mateo, CA 94402** | | | | | | | 3,173.58 |
| ACCOUNT NO.<br><br>**Republic Indemnity Co. Of America**<br>**P.O. Box 51060**<br>**Los Angeles, CA 90051** | | | | | | | 5,571.00 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 17,484.73 |

Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kids Connection, Inc.**
                                                Debtor

Case No.  **08-30026-DM**
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **S&S Worldwide** <br> **P.O. box 518** <br> **Colchester, CT** | | | | | | | 220.17 |
| ACCOUNT NO. <br><br> **Terminix** <br> **938 Linden Ave** <br> **South San Fancisco, CA 94080** | | | | | | | 124.00 |
| ACCOUNT NO. <br><br> **The Swenson Group** <br> **207 Boeing Ct.** <br> **Livermore,** | | | | | | | 270.63 |
| ACCOUNT NO. <br><br> **United Parenting Publications** <br> **P.O. box 1460** <br> **Norfolk, VA 23501** | | | | | | | 522.00 |
| ACCOUNT NO. <br><br> **Wells Fargo/Mastercard** <br> **P.O. Box 54349** <br> **Los Angeles CA** | | | | X | X | X | 5,813.10 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **6,949.90**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Kids Connection, Inc.**                 Case No. <u>08-30026-DM</u>

Debtor                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Wells Fargo/VISA** <br>**P.O. Box 54349** <br>**Los Angeles, CA** | | | | X | X | X | 3,772.57 |
| ACCOUNT NO. <br><br>**Wolfpack Dental** <br>**P.O. Box 156** <br>**Belmont, CA** | | | | | | | 2,476.90 |

Sheet no. <u>5</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 6,249.47 |
| Total ➤ | $ | 251,872.40 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)