B6G (Official Form 6G) (12/07)

In re:  **Kids Connection, Inc.**_____,  Case No.  **08-30026-DM**_____
                        Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **California Security**<br>**1009 South Claremont**<br>**San Mateo, CA 94402** | **Security Company** |
| **Rhythm & Moves**<br>**P.O. Box 1306**<br>**Burlingame, CA 94011** | **Contract for Physical Education** |
| **Rick Lopez Landscaping**<br>**P.O. Box 2215**<br>**Redwood City, CA 94064** | **Landscape Contract** |