In re: **Kids Connection, Inc.**
_____
**Debtor**

Case No. __08-30026-DM__
(if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Linda Koelling**<br>**1970 Beach Park Blvd**<br>**Foster City, CA 94404** | **City National Bank**<br>**350 Primrose Rd.**<br>**Burlingame, CA 94010** |