CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 08-30026-DM |
| KIDS CONNECTION, INC., | CHAPTER 11 |
| Debtor. | **ORDER APPROVING APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL** |

**ORDER APPROVING APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**

Upon Application of Debtor Kids Connection, Inc. ("Debtor" or "Kids Connection" or "Applicant") for authority to employ and appoint the law firm of Campeau Goodsell Smith under a general retainer to represent it as Debtor-In-Possession herein, and it appearing that the attorneys compromising said law firm are duly admitted to practice before this Court, and the Court being satisfied that said law firm represents no interest adverse to the Debtor herein or to its Estate in matters upon which it is to be engaged, the Court being satisfied that employment of such counsel is necessary and in the best interest if the Estate, and good cause appearing:

IT IS HEREBY ORDERED that the employment by Debtor of Campeau Goodsell Smith to

represent it as Debtor-In-Possession is approved.

**END OF ORDER**

Case: 08-30026    Doc# 38-1    Filed: 02/08/08    Entered: 02/08/08 18:32:42    Page 2 of 6

Court Service List

Burlingame Capital Partners II, L.P.
Allen Matkins LLP
c/o William W. Huckins
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 921126
Philadelphia, PA 19114-0326

City National Bank
c/o Richard A. Rogan, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Office Depot
2200 Old Germantown Rd.
Delray Beach, FL 33445

Rentschler/Tursi, LLP
160 Bovet Rd. #200
San Mateo, CA 94402

Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Alexis S. Marquis
1731 California St. #3
Berkley, CA 94703-1254

All-Guard Systems, Inc.
23194 Kidder Ct.
Hayward, CA 94545-1671

California Security
1009 Claremont

San Mateo, CA 94402-1835

Cindy Wood
521 Nottingham Lane
Foster City, CA 94404-3743

Brian Fitzpatrick
7 Claymount Drive
Ladera Ranch, CA 92694-0243

Charlet N. Burcin
3883 Farm Hill blvd
Redwood City, CA 94061-1811

City of Foster City
610 Foster City Blvd.
Foster City, CA 94404-2299

Copyland Printing
1150 Chess Dr. # 6
Foster City, CA 94404-1107

Debbie Curran
143 Somerset Street
Redwood City, CA 94062-1823

Discount School Supply
P.O. Box 1636
Spreckels, CA 93902-1636

Emi Kujiraoka Thomson
758 Caravel Ln
Foster City, CA 94404-1712

Jeannine A. Aiello
148 West 40th Ave.
San Mateo, CA 94403-4548

Katherine N. Strem
232 Arundel Road
Burlingame, CA 94010-3028

Kathleen H. Parker
1749 Wolfe Drive
San Mateo, CA 94402-2620

Kirk Freeman
214 Grant Ave. #301
San Francisco, CA 94108-4627

**APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**

3

Lea N. Rochelle-Tran
520 S. El Dorado Street
San Mateo, CA 94402-1328

Linda Koelling
1970 Beach Park Blvd.
Foster City, CA 94404-1327

Luziminda Ogo
941 Jamaca Street
Foster City, CA 94404-3524

Mary L. Frye
59 Washington Street, #142
Santa Clara, CA 95050-6138

New Discovery Tours
1547 Palos Verdes #300
Walnut Creek, CA 94597-2228

Office Depot
222o Old Germantown Rd.
Delray Beach, Fl 33445-8299

Perisho, Tombor
355 Santana Row #2000
San Jose, CA 95128-2052

S & S Worldwide
P.O. Box 518
Colchester, CT 06415-0518

Sona Dakessian
464 Bloomfield Rd
Burlingame, CA 94010-2754

US Bancorp
1310 Madrid Street, Ste 101
Marshall, MN 56258-4002

Wells Fargo/Mastercard
P.O. Box 54349
Los Angeles, CA 90054-0349

Yalonda R. Wilkins
19400 Garrsion Avenue
Castro Valley, CA 94546-3408

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Allied Waste Service #925
San Mateo District
P.O. Box 78024
Phoenix, AZ 85062-8024

Cheryl L. Verbugge
1465 Marlin Avenue
Foster City, CA 94404-1448

Clair Miner
680 San Benito Ave.
Menlo Park, CA 94025-1936

Corrine F. Ortega
13 King Court
San Mateo, CA 94403-4551

Dennis G. Plesea
1576 Waller
San Francisco, CA 94117-2841

Doreen L. James
714 Widgeon St.
Foster City, CA 94404-1336

F.C. Chamber of Commerce
989 E. Hillsdale Blvd. #160
Foster City, CA 94404-2188

Joy D. Cardelli
3419 Oak Knoll Drive
Redwood city, CA 94062-3117

Katherine Trujullio
95 Curtis Court
San Carlos, CA 94070-1609

Katsuri Basu
809 Spruance Lane
Foster City, CA 94404-3642

Kristen A. Maciejewski
1140 Hawthorne Dr.
San Mateo, CA 94402-1978

Leah D. Harper
1562 Waller Street

Case: 08-30026   Doc# 38-1   Filed: 02/08/08   Entered: 02/08/08 18:32:42   Page 4 of 6

San Francisco, CA 94117-2841

Maria Luisa Ruperto
3042 Los Prados Street #101
San Mateo, CA 94403

Mary L. Kassebaum
1970 Beach Park
Foster City, CA 94404-1327

Nicole G. Neal
1416 Laurel Street Apt. 3
San Cralos, CA 94070-5124

Sandra A. Bianchi
3840 23rd Street
San Francisco, CA 94114-3332

Tabatha L. Dirickson
1126 Bounty Drive
Foster city, CA 94404

United Parenting Publications
P.O. Box 1460
Norfolk, VA 23501-1460

Wells Fargo/VISA
P.O. Box 54349
Los Angeles, CA 90054-0349

California Security
1009 Claremont
San Mateo, CA

CoPower
Dept. 33824
P.O. Box 39000
San Francisco, CA 94139-0001

Cynthia E. Clemons
531 Chestnut Street Apt. 1
San Carlos, CA 94070-2157

Dinae H. Marcum
1049 Shell Blvd. #4
Foster City, CA 94404-2961

Ellie Novotarski
365 Chaucer Dr.
Fremont, CA 94555

Genesis Building Services
P.O. Box 25360

San Mateo, CA 94402-5360

Julie A. Quinn
425 N. El Camino Real #103
San Mateo, CA 94401-3749

Kathleen Cornwell
510 Yale Drive
San Mateo, CA 94402-3246

Kickers Plus
145 N. Amplett Blvd.
San Mateo, CA 94401-1902

Lanier Inc.
P.O. Box 105533
Atlanta, GA 30348-5533

Linda A. Quintero
651 Port Drive Apt. 204
San Mateo, CA 94404-1051

Linda Daley
306 Palomar Ct.
San Bruno, CA 94066-4700

Mark Martel, Esq
425 Sherman Ave., #330
Palo Alto, CA 94306-1851

Nancy Barbi
2060 Kings Lane
San Mateo, CA 94402-3900

Northwest Security
P.O. Box 14084
San Francisco, CA 94114-0084

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0001

Republic Indemnity Co. Of America
P.O. Box 51060
Los Angeles, CA 90051-5360

Shirley Sweeny
915 Clipper Lane
Foster City, CA 94404-2682

Terminix
938 Linden Ave
South San Francisco, CA 94080-1754

Case: 08-30026   Doc# 38-1   Filed: 02/08/08   Entered: 02/08/08 18:32:42   Page 5 of
6

Wells Fargo Bank
DD Loss Control
P.O. Box 53476
Phoenix, AZ 85072-3476

Wolfpack Dental
P.O. Box 156
Belmont, CA 94002-0156

Perisho, Tombor
355 Santana Row #2000
San Jose, CA

S&S Worldwide
P.O. Box 518
Colchester, CT

The Swenson Group
207 Boeing Ct.
Livermore, CA 94551-9258

USI Inc.
P. O. Box 18117
Bridgeport, CT

Case: 08-30026   Doc# 38-1   Filed: 02/08/08   Entered: 02/08/08 18:32:42   Page 6 of
6