CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

Signed and Filed: February 19, 2008

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 08-30026-DM |
| KIDS CONNECTION, INC., | CHAPTER 11 |
| Debtor. | **ORDER APPROVING APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL** |

**ORDER APPROVING APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**

Upon Application of Debtor Kids Connection, Inc. ("Debtor" or "Kids Connection" or "Applicant") for authority to employ and appoint the law firm of Campeau Goodsell Smith under a general retainer to represent it as Debtor-In-Possession herein, and it appearing that the attorneys compromising said law firm are duly admitted to practice before this Court, and the Court being satisfied that said law firm represents no interest adverse to the Debtor herein or to its Estate in matters upon which it is to be engaged, the Court being satisfied that employment of such counsel is necessary and in the best interest if the Estate, and good cause appearing:

IT IS HEREBY ORDERED that the employment by Debtor of Campeau Goodsell Smith to

APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL

represent it as Debtor-In-Possession is approved.

**END OF ORDER**

Case: 08-30026   Doc# 46   Filed: 02/19/08   Entered: 02/20/08 14:52:11   Page 2 of 3

Court Service List

| | |
|---|---|
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Scott L. Goodsell/William J. Healy<br>Campeau Goodsell Smith<br>440 N. 1st Street, #100<br>San Jose, CA 95112 |

**APPLICATION OF DEBTOR-IN-POSSESSION FOR APPOINTMENT OF COUNSEL**

Case: 08-30026    Doc# 46    Filed: 02/19/08    Entered: 02/20/08 14:52:11    Page 3 of 3