ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525)
WILLIAM W. HUCKINS (BAR NO. 201098)
MARLENE M. MOFFITT (BAR NO. 223658)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

Attorneys for Burlingame Capital Partners II, L.P.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 08-30026 DM11<br><br>Chapter 11<br><br>**DECLARATION OF WILLIAM W. HUCKINS IN SUPPORT OF BURLINGAME CAPITAL PARTNERS II, L.P.'S CROSS-MOTION FOR THE APPOINTMENT OF TRUSTEE TO DEBTOR'S MOTIONS TO EMPLOY BROKERS**<br><br>Date: May 14, 2008<br>Time: 10:00 a.m.<br>Ctrm: 22<br>Judge: Hon. Dennis Montali |

I, William W. Huckins, hereby declare as follows:

1. I am a partner with the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel for Burlingame Capital Partners II, L.P. ("Burlingame") in the above-captioned case. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. This declaration is submitted in support of *Burlingame Capital Partners II, L.P.'s Cross-Motion for the Appointment of Trustee to Debtor's Motion to Employ Brokers*.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and copy the First Amended Judgment filed on October 2, 2007 in Case No. 426631 in the California Superior Court for the County of San Mateo.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Special Verdict Form filed on August 3, 2007 in Case No. 426631 in the California Superior Court for the County of San Mateo.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Judgment entered on August 15, 2006 in Adversary Proceeding No. 04-4190, allowing Burlingame's proof of claim in the Koellings' bankruptcy estate in the amount of $4,908,370.36 following trial in the matter.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Order re Amended Motion for Post-Petition Attorneys' Fees and Costs entered on October 1, 2007 in Adversary Proceeding No. 04-4190, awarding Burlingame $1,026,406 in post-petition attorneys' fees and costs and increasing Burlingame's allowed claim against the Koellings' bankruptcy estate to $5,934,776.

7. Attached hereto as **Exhibit 5** is a summary of payments by Kids Connection to Linda Koelling, her son, Tom Koelling, Kirk Freeman, Randy Sugarman and to "Cash" signed by Linda Koelling, after the jury returned the verdict in Case No. 426631 and prior to the petition date in this case; the data in the summary was prepared from information in the Statement of Financial Affairs filed by Kids Connection and from copies of checks produced by Kids Connection in

1 response to a subpoena issued under Bankruptcy Rule 2004, copies of which are included in
2 Exhibit 5.

3     8. Attached hereto as **Exhibit 6** is a true and correct copy of the Memorandum of Points
4 and Authorities in Support of Motion to Convert Case to Chapter 7 (11 U.S.C. § 1112(b)), or in
5 the Alternative, to Appoint a Trustee (11 U.S.C. § 1104(a)), filed on February 4, 2008 in Case No.
6 04-46443.

7     9. Attached hereto as **Exhibit 7** is a copy of the audio transcription of the Meeting of
8 Creditors held on February 12, 2008 in this case.

9     10. Attached hereto as **Exhibit 8** is a true and correct copy of Subpoena for Rule 2004
10 Examination issued on March 12, 2008 and served on the Debtor in this case.

11     11. Attached hereto as **Exhibit 9** is a true and correct copy of the Debtor's Objection to
12 Subpoena for Rule 2004 Examination in the case, served on April 28, 2008 (after Debtor's counsel
13 had requested a 30 day extension to respond to the Subpoena).

14     I declare under penalty of perjury under the laws of the State of California that the
15 foregoing is true and correct.

16     Executed this 12th day of May, 2008, at San Francisco, California.

                                                                  /s/ *William W. Huckins*
                                                                   WILLIAM W. HUCKINS

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**