| | |
|---|---|
| 1 | ROBERT R. MOORE (BAR NO. 113818)<br>MICHAEL S. GREGER (BAR NO. 156525) |
| 2 | WILLIAM W. HUCKINS (BAR NO. 201098)<br>MARLENE M. MOFFITT (BAR NO. 223658) |
| 3 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>Three Embarcadero Center, 12th Floor |
| 4 | San Francisco, CA 94111-4074<br>Phone: (415) 837-1515 |
| 5 | Fax: (415) 837-1516 |
| 6 | Attorneys for Secured Lender Burlingame Capital Partners<br>II, L.P. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>KIDS CONNECTION, INC.,<br><br>    Debtor and Debtor-in-Possession. | Bankr. Case No. 08-30026 DM<br><br>Chapter 11<br><br>EVIDENTIARY OBJECTIONS TO DECLARATION OF LINDA KOELLING RE CROSS MOTION FOR THE APPOINTMENT OF TRUSTEE<br><br>Date: July 18, 2008<br>Time: 10:00 a.m.<br>Ctrm: 22<br>Judge: Hon. Dennis Montali |

    Burlingame Capital Partners II, L.P. ("Burlingame") makes the following evidentiary objections to the Declaration of Linda Koelling re Cross Motion for the Appointment of Trustee ("Linda Koelling Declaration"):

    1.    Burlingame objects to the part of paragraph 5 of the Linda Koelling Declaration stating that Linda Koelling has "been the owner" of Kids Connection since the inception of the business. The statement misstates the evidence and is legally erroneous, as the stock of Kids Connection is property of Koellings' bankruptcy estate over which Lois Brady is the appointed Chapter 7 trustee.

    2.    Burlingame objects to paragraph 6 of the Linda Koelling Declaration on the grounds that the statements therein are conclusory, vague and lack foundation.

3. Burlingame objects to paragraph 8 of the Linda Koelling Declaration on the grounds that the statements are irrelevant, conclusory, argumentative and lack foundation.

4. Burlingame objects to paragraph 9 of the Linda Koelling Declaration on the grounds that the statements are conclusory, lack foundation, speculative, vague and argumentative.

5. Burlingame objects to paragraph 10 of the Linda Koelling Declaration on the grounds that the statements are conclusory, vague and lack foundation.

6. Burlingame objects to paragraph 11 of the Linda Koelling Declaration on the grounds that the statements are hearsay, conclusory, vague, argumentative, an improper legal conclusion and lack of foundation.

7. Burlingame objects to paragraph 12 of the Linda Koelling Declaration on the grounds that the statements are hearsay, vague, conclusory and lack foundation.

8. Burlingame objects to paragraph 13 of the Linda Koelling Declaration on the grounds that the statements are hearsay, conclusory, speculative, argumentative, misstate the evidence and lack foundation.

9. Burlingame objects to paragraph 14 of the Linda Koelling Declaration on the grounds that the statements misstate the evidence and Mr. Bostick's letter is the best evidence of what is states. Furthermore, while Trustee Brady has withdrawn her joinder to the appointment of a trustee, that does not mean that she is opposed to a change in management. Instead, Mr. Bostick has indicated that the Trustee intends to be neutral on the matter.

10. Burlingame objects to the statements in paragraph 15 of the Linda Koelling Declaration on the grounds that the statements are hearsay, conclusory, improperly attempt to provide a legal conclusion, misstate the evidence, and the underlying documents are the best evidence of their contents.

11. Burlingame objects to the second sentence in paragraph 16 of the Linda Koelling Declaration on the grounds that it is vague as to "calculated." The bank balances of the respective accounts are obviously available to the Debtor and known to the banks. Burlingame objects to the third sentence in paragraph 16 of the Linda Koelling Declaration on the grounds that the statement is irrelevant as it refers to "January 24th" and appears to mix December 2007 and January 2008

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

checks/deposits which is both before and after the petition date of January 9, 2008. Burlingame objects to the fourth sentence in paragraph 16 of the Linda Koelling Declaration on the grounds that it is incomplete and incomprehensible. Burlingame objects to the sixth sentence in paragraph 16 of the Linda Koelling Declaration on the grounds that it is conclusory and lacks foundation. Burlingame objects to the seventh sentence in paragraph 16 on the grounds that the statement is conclusory, vague, speculative and lacks foundation; again the reference to "January 24th" is irrelevant. Burlingame objects to the eighth sentence in paragraph 16 on the grounds that the statement is incomplete and incomprehensible. Burlingame objects to the tenth sentence in paragraph 16 on the grounds that the statement is conclusory, lacks foundation and calls for a legal conclusion.

12. Burlingame objects to paragraph 17 of the Linda Koelling Declaration on the grounds that the statements are hearsay, vague, conclusory, speculative and lack foundation, and any such purported pleading, which has not been filed with the Court is the best evidence.

Dated: July 16, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ William Huckins*
WILLIAM HUCKINS
Attorneys for Secured Lender Burlingame
Capital Partners II, L.P.