ROBERT R. MOORE (BAR NO. 113818)
MICHAEL S. GREGER (BAR NO. 156525)
WILLIAM W. HUCKINS (BAR NO. 201098)
MARLENE M. MOFFITT (BAR NO. 223658)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: rmoore@allenmatkins.com
        mgreger@allenmatkins.com
        whuckins@allenmatkins.com
        mmoffitt@allenmatkins.com

Attorneys for Secured Creditor Burlingame Capital
Partners II, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 08-30026-DM |
| | Chapter 11 |
| KIDS CONNECTION, INC.. | DECLARATION OF ROBERT R. MOORE IN SUPPORT OF BURLINGAME CAPITAL PARTNERS II, L.P.'S OPPOSITION TO DEBTOR'S AMENDED MOTION TO SELL FREE AND CLEAR OF LIENS AND INTERESTS IN REAL AND PERSONAL PROPERTY |
| Debtor and Debtor-in-Possession., | |
| | Date: November 4, 2008<br>Time: 2:00 p.m.<br>Ctrm: 22<br>Judge: Hon. Dennis Montali |

I, Robert R. Moore, hereby declare as follows:

1. I am a partner with the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), counsel for Burlingame Capital Partners II, L.P. ("Burlingame") in the above-captioned case. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. This declaration is submitted in support of Burlingame's *Opposition To Debtor's Amended Motion To Sell Free And Clear Of Liens And Interests In Real And Personal Property* filed concurrently herewith.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case: 08-30026    Doc# 193    Filed: 10/29/08    Entered: 10/29/08 20:13:21    Page 1 of 5
DECLARATION OF ROBERT R. MOORE ISO OPPOSITION

2. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

3. I am lead counsel for Burlingame. I have personally represented Burlingame in multiple trials, including the trial in consolidated Adversary Proceeding 04-4190 involving Debtors QMECT, Inc. and Fred and Linda Koelling and the State Court trial in San Mateo Superior Court, Case No. CIV 426631, against Debtor Kids Connection and others, which resulted in the Judgment that supports Burlingame's claim in this case.

4. On August 19, 2008, Burlingame submitted an offer to purchase substantially all of Debtor's assets. A copy of Burlingame's August 19, 2008 offer is attached hereto as Exhibit 1.

5. On the morning of August 20, 2008, I received a telephone call from Scott Goodsell, one of Debtor's counsel, and had a short discussion with him about Burlingame's August 19, 2008 offer.

6. On October 15, 2008, Burlingame submitted a revised offer to purchase substantially all of Debtor's assets. A copy of Burlingame's October 15, 2008 offer is attached hereto as Exhibit 2.

7. Attached hereto as Exhibit 3 is a comparative analysis of Burlingame's October 15, 2008 offer with the proposed offer from Nobel Learning Communities, Inc. ("Nobel").

8. Attached hereto as Exhibit 4 is a copy of the appraisal of Debtor's real property performed by CB Richard Ellis on behalf of City National Bank, dated October 10, 2007.

9. Attached as Exhibits 5 and 6 hereto are the proofs of claim filed by Trustee Lois Brady, docketed as Claim Nos. 15 and 18, as amended.

10. Attached hereto as Exhibit 7 is a copy of a letter from me to Mark Bostick, counsel for Trustee Lois Brady, dated October 13, 2008, discussing the lack of merit in Trustee Brady's claim in the case.

11. Attached hereto as Exhibit 8 is true and correct copy of materials prepared by Bailey Routzong and presented to Nobel on May 29, 2008 in connection with the sale of Debtor's assets.

12. Attached hereto as Exhibit 9 is a copy of an offer received by Debtor from Cabrillo Ventures for $11.5 million.

13. Attached hereto as Exhibit 10 is a copy of Nobel's Form 10-K for the fiscal year ended June 28, 2008, filed with the Securities and Exchange Commission ("S.E.C.") on or about September 10. 2008.

14. Attached hereto as Exhibit 11 is a copy of a Form 8-K filed by Nobel with the S.E.C. on September 23, 2008, announcing that Knowledge Learning Corporation ("Knowledge") had made an offer to purchase Nobel.

15. Attached hereto as Exhibit 12 is true and correct copy of a memorandum to file produced by Bailey Routzong, stating that Ed Routzong had discussed the possible acquisition of Debtor's assets with Knowledge, but Knowledge advised Mr. Routzong that it was not interested.

16. Attached hereto as Exhibit 13 is a copy of Burlingame's proof of claim filed in the case, which includes the Notice of Judgment Lien recorded by Burlingame on October 5, 2008 with the California Secretary of State and the underlying State Court Judgment.

17. Attached hereto as Exhibit 14 is a copy of Debtor's Complaint to Avoid Preferential Transfers against Burlingame in Adversary Proceeding No. 08-3049.

18. Attached hereto as Exhibit 15 is a copy of City National Bank's proof of claim filed in the case.

19. Attached hereto as Exhibit 16 is a copy of Brian Fitzpatrick's proof of claim filed in the case.

20. Attached hereto as Exhibit 17 is a copy of Burlingame's demand for documents to Debtor related to the proposed transaction with Nobel.

21. Attached hereto as Exhibit 18 is a copy of Burlingame's subpoena for documents to Nobel related to the proposed transaction.

22. Attached hereto as Exhibit 19 is a copy of a letter from Marlene Moffitt to Debtor's counsel requesting documents and information related to the proposed transaction with Nobel.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

798330.01/OC
Case: 08-30026 — Doc# 193 — Filed: 10/29/08 — Entered: 10/29/08 20:13:21 — Page 3 of 5
-3-
DECLARATION OF ROBERT R. MOORE ISO OPPOSITION

23. Despite the document demands, subpoenas and correspondence with Debtor's counsel, Burlingame has not been provided with the Ancillary Agreements, information regarding prorations with respect to the Nobel transaction, or any information regarding the consideration to be received by Linda Koelling and affiliates under the Nobel transaction.

24. Attached hereto as Exhibit 20 is true and correct copy of an email received from David Bradlow, informing the parties that, due to prior commitments, he was not available to attend the hearing on Debtor's Amended Sale Motion scheduled for October 24, 2008.

25. Following Burlingame's meeting with Mr. Bradlow on October 3, 2008, Burlingame provided Mr. Bradlow with an update request for documents and information, as true and correct copy of which is attached hereto as Exhibit 21. As of the time that Burlingame submitted its revised offer on October 15, 2008, Burlingame had not received any documents or information sought under the update request.

26. Attached hereto as Exhibit 22 is a copy of a letter received from Debtor's counsel, further stating that it will not provide any additional documents in response to Ms. Moffitt's letter, attached as Exhibit 19.

27. Attached hereto as Exhibit 23 is a copy of an email received from Mr. Bradlow communicating his discussions with representatives of Nobel that Nobel does not want to spend money resolving the contingencies in Nobel's proposed transaction until the Bankruptcy Court approves Nobel's proposed transaction and Nobel believes they have a deal.

28. Attached hereto as Exhibit 24 are copies of correspondence between Mr. Bradlow, Burlingame's counsel and Debtor's counsel trying to coordinate a tour by Burlingame and its investors of Debtor's property, which ultimately proved unsuccessful after Debtor and Debtor's counsel delayed in responding, Debtor's counsel insisted on being present at the tour (despite Mr. Bradlow offer to be present and oversee the tour) and Debtor's counsel's unavailability to attend the tour when the parties were available.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California that the |
| 2 | foregoing is true and correct. |
| 3 | Executed this 29th day of October, 2008, at San Francisco, California. |

/s/ *Robert R. Moore*
ROBERT R. MOORE