GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Linda Koelling, Creditor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>                Debtor. | Case No. 08-30026 DM<br><br>Chapter 7<br><br>Date:   February 20, 2009<br>Time:  10:30 a.m.<br>Place:  235 Pine St.<br>           Courtroom 22<br>           San Francisco, CA |

## DECLARATION OF LINDA KOELLING
## RELATING TO MOTION TO SELL ASSETS

I, Linda Koelling, declare:

1. I am the president of Kids Connection, Inc., and in such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. Attached hereto as Exhibit A is a true and correct copy of my Employment Agreement with Kids Connection, Inc. dated September 27, 2002. Attached hereto as Exhibt B is a true and correct copy of a Security Agreement between me and Kids Connection, Inc. dated September 27, 2002. I have continued to render services to Kids Connection, Inc. at all time since Setember 27, 2002 pursuant to the terms of said agreement.

3. I filed a personal bankruptcy case on November 16, 2004. I understand that my bankruptcy trustee Lois Brady owns my claim against Kids Connection, Inc., for unpaid pre-petition wages. However, I also understand that my trustee does not own my claim for services rendered after

1

DECLARATION OF LINDA KOELLING
RELATING TO MOTION TO SELL ASSETS
10459.100/120869

the filing of my bankruptcy petition.

4. Kids Connection was unable to pay the full annual salary due to me of $225,000. The shortfall of payments by Kids Connection to me under my Employment Agreement, from the date I filed personal bankruptcy to February 15, 2009 is approximately $558,667.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 17, 2009 at San Francisco, California.

/s/ Linda Koelling

DECLARATION OF LINDA KOELLING
RELATING TO MOTION TO SELL ASSETS
10459.100/120869

2

Case: 08-30026   Doc# 233   Filed: 02/17/09   Entered: 02/17/09 12:03:48   Page 2 of 3

# CERTIFICATE OF SERVICE BY ECF EMAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, a copy of the following document(s):

**DECLARATION OF LINDA KOELLING**
**RELATING TO MOTION TO SELL ASSETS**

are being served on each party listed below, by way of ECF email notification as indicated below. If

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 17, 2009.

/s/ Jeanne Rose

Scott L. Goodsell, Esq.
Campeau Goodsell Smith
38 W Santa Clara Street
San Jose, CA 95113

William W. Huckins, Esq.
Allen Matkins Leck Gamble & Mallory LLP
333 Bush Street, 17th Floor
San Francisco, CA 94104-2806