UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                          )   Case No. 08-30026-DM
                                )
KIDS CONNECTION, INC.,          )   CHAPTER 11
                                )
                                )   Date:   May 8, 2009
         Debtor.                )   Time:   9:30 a.m.
                                )   Judge:  Hon. Dennis Montali
_____)           235 Pine Street, 22nd Floor
                                             San Francisco, California

**NOTICE OF FIRST APPLICATION FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY COUNSEL FOR DEBTOR**

     PLEASE TAKE NOTICE that on May 8, 2009, at 9:30 a.m., in the courtroom of the Honorable Dennis Montali at the United States Bankruptcy Court at 235 Pine Street, 22nd Floor, San Francisco, California, the application of Campeau Goodsell Smith, counsel for Debtor, for interim compensation for services rendered and costs incurred from January 7, 2008 through March 23, 2009, in the sum of $451,110.00 for fees and $6,419.81 for costs, will come on regularly for hearing. (Counsel received a pre-Petition retainer in amount of $30,000.00, which has not yet been applied to the afore-described sums).

     Creditors and other parties in interest are invited to review the applications on file with the Clerk of the above-captioned Bankruptcy Court. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court and served on Campeau Goodsell Smith, 38 W. Santa Clara Street, San Jose, CA 95113, at least five days before the hearing.

Dated: April 17, 2009                  CAMPEAU GOODSELL SMITH

                                          By_____/s/ Scott L. Goodsell_____
                                              Scott L. Goodsell
                                              Attorneys for Debtor