

Signed and Filed: September 04, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>                 Debtor. | )  Bankruptcy Case<br>)  No. 08-30026DM<br>)<br>)<br>)  Chapter 11<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING, IN PART,
EX PARTE APPLICATION FOR STAY PENDING APPEAL

    On September 4, 2009, Appellant, Debtor Kids Connection, Inc. ("Appellant") filed an ex parte application for stay pending appeal of the order granting in part and denying in part Burlingame Capital Partners II LP's ("Burlingame") motion for an order enforcing the asset purchase agreement.

    While the court does not believe a stay is appropriate on the equities of the case, and does not believe Appellant will prevail on this appeal of an interlocutory order, the application for a stay will be granted only long enough for Appellant to seek a further stay from the district court.

    Appellant suggests that the court erred by creating a "superpriority" for teachers' and staff members' wage and vacation claims and for amounts paid in advance for tuition for children

for the coming school year. It is true that the court used the term "superpriority" during the course of one or more of the hearings related to the subject of this appeal. Use of the term was descriptive of the wage and vacation claims that were ordinary course of business obligations that the court expected to be paid when due during the days leading up to the close of sale to Burlingame, and Burlingame bargained for that treatment in an amendment to the asset purchase agreement on the eve of the close of the transaction.

The court believes that payment of expenses of this type is normal for the benefit of those who keep a business (even a school)operating; here it operated under extremely stressful circumstances and the alternative of either continuing the Chapter 11 estate operating with dysfunctional management or shutting down in Chapter 7 were far less satisfactory alternatives. Authorities disapproving "superpriorities" take issue with the carving out a favored class, such as trustees or professionals hired during the conduct of a case who bargain for such treatment at the outset. The parties the court chose to protect here bear no resemblance to those.

There is a practical solution to protect against making payments to teachers and staff who are not entitled to them. The court has authorized Appellant's counsel to hold in his trust account any amounts for which he has a good faith belief that there is a defense to payment. No stay is needed if such a defense exists.

As to the advance tuition amounts, throughout this case the court has presumed that parents of children enrolled in the school

Case: 08-30026    Doc# 356    Filed: 09/04/09    Entered: 09/04/09 13:28:18    Page 2 of 4

may not have even been aware of the pendency of the Chapter 11 case, and the advances were looked upon as trust funds even though they were not segregated.  The treatment Appellant complains about comes as no surprise.

Under the current order, counsel asked until September 8. Because this application has been presented on a Friday, and September 7 is a holiday, the court will stay its order only until September 11, 2009, so Appellant may seek a further stay from the district court.

**END OF ORDER**

Case: 08-30026    Doc# 356    Filed: 09/04/09    Entered: 09/04/09 13:28:18    Page 3 of 4

```
 1                         COURT SERVICE LIST

 2   Kids Connection Inc.
     c/o Linda A. Koelling, registered agent
 3   1970 Beach Park
     Foster City, CA 94404
 4
     Scott L. Goodsell, Esq.
 5   William J. Healy, Esq.
     Campeau, Goodsell & Smith
 6   440 North First St., Ste. 100
     San Jose, CA 95112
 7
     Dennis D. Davis, Esq.
 8   Goldberg, Stinnett, Davis & Linchey
     44 Montgomery St., Ste. 2900
 9   San Francisco, CA 94104

10   Michael A. Isaacs, Esq.
     Luce, Forward, Hamilton & Scripps
11   121 Spear St., Ste. 200
     San Francisco, CA 94105
12
     David A. Bradlow, Esq.
13   3947 23rd St.
     San Francisco, CA 94114-3302
14
     Patricia Cutler, Esq.
15   Office of the U.S. Trustee
     235 Pine St., Ste. 700
16   San Francisco, CA 94104

17

18

19

20

21

22

23

24

25

26

27

28

                                -4-
```