

**Signed and Filed: September 11, 2009**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                              ) Bankruptcy Case
                                   ) No. 08-30026DM
KIDS CONNECTION, INC.,             )
                                   )
              Debtor.              ) Chapter 11
                                   )
                                   )
                                   )
                                   )
_____)
```

ORDER GRANTING, IN PART, SECOND EX PARTE
APPLICATION FOR STAY PENDING APPEAL

On September 4, 2009, this court granted a Kids Connection, Inc. ("Debtor") a temporary stay pending appeal until September 11, 2009, of the order granting in part and denying in part Burlingame Capital Partners II LP's ("Burlingame") motion for an order enforcing the asset purchase agreement ("Enforcement Motion"). Even though the court denied Debtor's request for a stay pending resolution of the appeal, it wanted to provide the district court with an orderly and sufficient opportunity to review Debtor's request for a stay pending appeal as permitted by Federal Rule of Bankruptcy Procedure 8005.

On September 10, 2009, Debtor filed a second ex parte request for a stay pending appeal, noting that because the bankruptcy court had not yet sent the notice of appeal to the district court,

the district court would not consider Debtor's Rule 8005 application for a stay pending appeal. Burlingame Capital filed an opposition to the second ex parte application.

The bankruptcy court has now forwarded the notice of appeal to the district court. In order to facilitate the district court's orderly review of an application for stay pending appeal, this court will stay the Enforcement Motion until the earliest of (1) the district court's issuance of an order or ruling on Debtor's stay pending appeal, or (2) Monday, September 21, 2009. Therefore, having reviewed the Debtor's second ex parte application and supporting papers as well as Burlingame's opposition, and good cause for a further extension of the temporary stay having been shown, it is hereby

ORDERED that the temporary stay granted in this court's September 4 order be extended until the earliest of (1) the district court's issuance of an order or ruling on Debtor's stay pending appeal, or (2) Monday, September 21, 2009.

**END OF ORDER**

```
 1                              COURT SERVICE LIST

 2   Kids Connection Inc.
     c/o Linda A. Koelling, registered agent
 3   1970 Beach Park
     Foster City, CA 94404
 4
     Scott L. Goodsell, Esq.
 5   William J. Healy, Esq.
     Campeau, Goodsell & Smith
 6   440 North First St., Ste. 100
     San Jose, CA 95112
 7
     John W. Howard, Esq.
 8   J.W. Howard/Attorneys, Ltd.
     1508 West Lewis Street
 9   San Diego, CA 92103

10   Dennis D. Davis, Esq.
     Goldberg, Stinnett, Davis & Linchey
11   44 Montgomery St., Ste. 2900
     San Francisco, CA 94104
12
     Michael A. Isaacs, Esq.
13   Luce, Forward, Hamilton & Scripps
     121 Spear St., Ste. 200
14   San Francisco, CA 94105

15   David A. Bradlow, Esq.
     3947 23rd St.
16   San Francisco, CA 94114-3302

17   Patricia Cutler, Esq.
     Office of the U.S. Trustee
18   235 Pine St., Ste. 700
     San Francisco, CA 94104
19

20

21

22

23

24

25

26

27

28

                                    -3-
```