JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
J.W. Howard/Attorneys, LTD.
1508 West Lewis Street
San Diego, California 92103

Telephone: (619) 234-2842
Telefax: (619) 234-1716

Attorneys for Burlingame Capital Partners II, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM 11<br>Crtrm: 22<br>Judge: Hon. Dennis Montali<br><br>Chapter 11<br><br>**EXPARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL AND ALL INTERESTED PARTIES:**

- 1 -
EXPARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE
TO THE TEACHERS AND STAFF OF KIDS CONNECTION

Burlingame Capital Partners II, L.P. ("Burlingame") hereby applies ex parte for an order enforcing the Court's previous order that payment be made pursuant to this Court's Order dated August 28, 2009 on Burlingame's Motion To Enforce Asset Purchase Agreement And Court Orders (the motion). Specifically, the order directed that the Debtor pay wages owed to the teachers and staff of Kids Connection School, the funds for which are in Debtor's counsel's trust account.

This Ex Parte Application is supported by the Declaration of John W. Howard and the Request for Judicial Notice filed concurrently herewith. The Ex Parte Application is made on the grounds that good cause exists for granting the relief requested herein because:

1. On October 9, 2009, Judge Chesney of the U.S. District Court, Northern District of California, denied Debtor/Appellant's Motion for Stay Pending Appeal of the above referenced Order of August 28, 2009. (See Request for Judicial Notice, at **Exhibit A**, "Order Denying Appellant's Motion for Stay Pending Appeal.")

2. All of Debtor's temporary stays of the order on appeal granted by this Court and by the Northern District Court have expired, and as such, Judge Montali's Order dated August 28, 2009 is in effect and is enforceable. (See Request for Judicial Notice, **Exhibit B** "Order Granting in Part and Denying in Part Burlingame Capital Partners II, L.P. Motion to Enforce Asset Purchase Agreement and Court Orders" dated August 28, 2009) Prior to the motion for stay being denied, Judge Chesney granted Debtor/Appellant a temporary stay pending appeal until the motion could be ruled on. The last temporary stay was through October 9, 2009 only. (See Request for Judicial Notice, at **Exhibit C**, Civil Minutes dated September 30, 2009.)

Because the motion for stay pending appeal was denied and the temporary stay through October 9, 2009 has now expired, Debtor Kids Connection, Inc. must now make the payment to

the teachers pursuant to this Court's Order dated August 28, 2009. The Kids Connection teachers have been without these wages for over 90 days now and it is crucial that they be paid immediately.

3. Since the expiration of the temporary stay pending appeal, Burlingame, through its counsel, has requested that Debtor make the payment to the teachers pursuant to this Court's Order. However, those requests have not been responded to and no payment has been made. (See Declaration of John W. Howard filed concurrently herewith, at paragraphs 3-4.)

### **Argument**

Given that Debtor's motion for stay pending appeal was denied and the temporary stays have expired, there is no lawful reason permitting Debtor to withhold payment as directed by this Court's order of August 28, 2009.

Burlingame, therefore, requests that this Court enforce its order of August 28, 2009 and direct Debtor to make the payment for the teachers' benefit. All federal courts, including bankruptcy courts, have inherent powers to enforce their orders and judgments. (*In re Cabrera-Mejia* 402 B.R. 335, 346 (Bkrtcy.C.D.Cal.,2008) citing *See, e.g., Caldwell v. Unified Capital Corp. (In re Rainbow Magazine, Inc.),* 77 F.3d 278, 284 (9th Cir.1996).)

### **Conclusion**

Burlingame requests that this Court enter an order directing Debtor to pay the teachers and staff as ordered by this Court on August 28, 2009.


Dated: Oct. 14, 2009                JW HOWARD/ATTORNEYS, LTD.

                                    By:/s/ John W. Howard_____
                                       John W. Howard
                                       Attorney for Burlingame Capital Partners II, L.P.

- 3 -
EXPARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION

Case: 08-30026    Doc# 377    Filed: 10/14/09    Entered: 10/14/09 15:28:23    Page 3 of 3