```
JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
J.W. Howard/Attorneys, LTD.
1508 West Lewis Street
San Diego, California 92103

Telephone:   (619) 234-2842
Telefax:     (619) 234-1716
```

Attorneys for Burlingame Capital Partners II, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM 11<br>Crtrm: 22<br>Judge: Hon. Dennis Montali<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENFORCING ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION** |

Burlingame Capital Partners II, L.P. (Burlingame) hereby submits the following Request for Judicial Notice in support of its Ex parte Application for an Order Enforcing Order that Payment be Made to the Teachers and Staff of Kids Connection.

- 1 -
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENFORCING ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION

This Court may take judicial notice of facts "not subject to reasonable dispute" as permitted under *Federal Rules of Evidence* 201. (FRE 201(b); *In re Indian Palms Assocs.,* (3d Cir. 1995) 61 F. 3d 197, 205.)

Accordingly, Burlingame hereby requests that this Court take judicial notice under FRE 201 of the following Court documents of the U.S. District Court for the Northern District of California:

    1.    Order Denying Appellant's Motion for Stay Pending Appeal dated October 9, 2009. A true and correct copy of this pleading is attached hereto as **Exhibit A.**

    2.    Order Granting in Part and Denying in Part Burlingame Capital Partners II, L.P. Motion to Enforce Asset Purchase Agreement and Court Orders dated August 28, 2009. A true and correct copy of this pleading is attached hereto as **Exhibit B.**

    3.    Civil Minutes dated September 30, 2009. A true and correct copy of this pleading is attached hereto as **Exhibit C.**

Dated: Oct. 14, 2009            JW HOWARD/ATTORNEYS, LTD.

                                    By:/s/ John W. Howard
                                    John W. Howard
                                    Attorney for Burlingame Capital Partners II, L.P.

- 2 -
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENFORCING ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION

Case: 08-30026   Doc# 377-2   Filed: 10/14/09   Entered: 10/14/09 15:28:23   Page 2 of 11

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:  No. C-09-4195 MMC

KIDS CONNECTION, INC., **ORDER DENYING APPELLANT'S MOTION FOR STAY PENDING APPEAL**

Appellant.

_____/

Before the Court is appellant Kids Connection, Inc's Motion for Stay Pending Appeal, filed September 18, 2009. The matter came on regularly for hearing on September 30, 2009. Scott Goodsell appeared on behalf of Kids Connection, Inc., and John Howard appeared on behalf of appellee Burlingame Capital Partners II LP.

Having considered the papers filed in support of and in opposition to the motion, including the supplemental brief filed by each party with leave of Court,[1] as well as the arguments of counsel, the Court, for the reasons stated on the record at the hearing,[2] hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: October 9, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Appellee's Request for Judicial Notice, filed in connection with its supplemental brief, is granted.

[2] Additionally, to the extent the Court has the authority, under Rule 9014, to order a Rule 62 stay in a contested matter, the Court, for the reasons expressed on the record with respect to a stay under Rule 8005, declines to do so.

# EXHIBIT "B"



JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
J.W. Howard/Attorneys, LTD.
1508 West Lewis Street
San Diego, California 92103

Telephone: (619) 234-2842
Telefax: (619) 234-1716

Attorneys for Burlingame Capital Partners II, L.P.

Signed and Filed: August 27, 2009

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

KIDS CONNECTION, INC.,

Debtor.

) Case No. 08-30026 DM 11
)
) Chapter 11
)
) **ORDER GRANTING IN PART AND**
) **DENYING IN PART:**
)
) **BURLINGAME CAPITAL**
) **PARTNERS II, L.P.'S MOTION FOR**
) **ORDER ENFORCING ASSET**
) **PURCHASE AGREEMENT AND**
) **COURT ORDERS**
)
) Date: August 21, 2009
) Time: 11:00 a.m.
) Crtrm: 22
) Judge: Hon. Dennis Montali

The motion of Burlingame Capital Partners II, L.P. came on regularly for hearing on August 21, 2009 before this court, the Honorable Judge Dennis Montali, judge presiding. Scott L. Goodsell of Campeau Goodsell Smith appeared for the Debtor and John W. Howard appeared for Burlingame

- 1 -

Capital Partners II, L.P. Scott McMillan specially appeared for Burlingame Capital Partners II, L.P. ("Burlingame")

The Court, having read and considered the pleadings and papers filed by both sides in connection the Burlingame's Motion to Enforce Asset Purchase Agreement and Court Orders ("Motion"), and, having heard and considered the arguments of counsel, finds that, good cause appearing therefor, the Motion should be granted in part and denied in part on the basis articulated by the Court on the record at hearing.

The Motion is GRANTED with respect to the payment of employee salaries and benefits required under paragraph 3 of the Second Amendment to the Asset Purchase Agreement. Counsel for the Debtor is authorized to make payment from funds held in his trust account received from the escrow through which the asset purchase was completed an amount up to two hundred three thousand three hundred ten dollars and sixty-six cents ($203,310.66) by September 1, 2009. The amounts paid to the employees shall be made as identified in Ms. Kassebaum's declaration and discussed on the record at the hearing. Counsel for the Debtor has the right, prior to September 1, 2009, to meet with such personnel of the Kids Connection school and the payroll company that processed payroll for the Kids Connection school prior to July 9, 2009 to determine whether he has a good faith belief that any amounts claimed under the Motion are not proper. In the event an amount is disputed, that amount may be held in the trust account until there is an agreement. If no agreement is reached, a hearing before this Court shall be held. All uncontested amounts shall be paid no later than September 1, 2009 either directly to the employees to whom they are due, with appropriate withholdings, or in a lump sum to the payroll company which processed payroll for the Kids Connection school prior to July 9, 2009 for processing and payment to the employees of Kids Connection.

- 2 -

Case: 08-30026, Doc# 377-2, Filed: 10/14/09, Entered: 10/14/09 15:28:23, Page 7 of 11
Case: 08-30026, Doc# 345, Filed: 08/27/09, Entered: 08/28/09 14:40:06, Page 2 of 4

Burlingame's Motion is DENIED with respect to its request for payment of sixty-nine thousand three hundred ten dollars and fifty-two cents ($69,310.52) for advance deposits and tuition paid to Debtor prior to July 9, 2009.

Burlingame's Motion is DENIED with respect to its request for sanctions to be imposed on Debtor or its counsel.

APPROVED AS TO FORM

　/s/ Scott L. Goodsell　
Scott L. Goodsell
Campeau Goodsell Smith

*** END OF ORDER ***

- 3 -

Case: 08-30026  Doc# 377-2  Filed: 10/14/09  Entered: 10/14/09 15:28:23  Page 8 of 11
Case: 08-30026  Doc# 345  Filed: 08/27/09  Entered: 08/28/09 14:40:06  Page 3 of 4

# SERVICE LIST
## In re Kids Connection
## Case No. 08-30026 DM 11

Kids Connection, Inc.
c/o Linda A. Koelling, registered agent
1970 Beach Park
Foster City, CA 94404
**Debtor and Debtor in Possession**

Scott L. Goodsell, Esq.
William J. Healy, Esq.
Campeau, Goodsell and Smith
440 North First Street, Suite 100
San Jose, CA 95112
**Counsel for Debtors**

Dennis D. Davis, Esq.
Goldberg, Stinnett, Davis and Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
**Attorneys for Creditor Linda Ann Koelling and Harry Fred Koelling**

Patricia Cutler, Esq.
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
**U.S. Trustee**

Mark Bostick, Esq.
Wendel, Rosen, Black and Dean
1111 Broadway, 24th Floor
P.O. Box 2047
Oakland, CA 94604-2047
**Counsel for Chapter 7 Trustee
(In re Koellings)**

City National Bank
c/o Richard A. Rogan Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
**RSN Party**

Brian Fitzpatrick
c/o William C. Lewis, Esq.
Law Offices of William C. Lewis
510 Waverly Street
Palo Alto, CA 94301
**Secured Creditor**

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604
**Chapter 7 Trustee
(In re Koellings)**

- 4 -

# EXHIBIT "C"

**CIVIL MINUTES**       **E-filing**

Judge **MAXINE M. CHESNEY**

Date: SEP 3 0 2009

C - 09 - 4195 - MMC

IN RE: KIDS CONNECTION v. _____

Attorneys: Scott Goodsell        John Howard

Deputy Clerk: **TRACY LUCERO**       Reporter: Belle Ball

**PROCEEDINGS:**       **RULING:**

1. Appellant's motion for stay pending appeal — Deemed submitted as of 10/7/09.

2. _____

3. _____

4. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Appellant's supplemental brief (on issue of applicability FRCP 62) due by 10/2/09. Appellee's supplemental opposition due by 10/7/09.

( ) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court____

( ) Referred to Magistrate For: _____
     ( ) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ___ days
         Type of Trial: ( ) Jury   ( ) Court
Notes: Temporary stay pending appeal is extended to 10/9/09.

(1 HR 50 MIN)