UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM 11<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION** |

Upon review and consideration of the Ex Parte Application for Order Enforcing Order that Payment be Made to the Teachers and Staff of Kids Connection. (the "Ex Parte Application") filed by Burlingame Capital Partners II, L.P. ("Burlingame") in this case, and good cause appearing,

///

///

- 1 -
ORDER GRANTING EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION

**IT IS HEREBY ORDERED** that:

1. The Ex Parte Application is granted;

2. Attorney for Debtor, Kids Connection, Inc., Mr. Scott Goodsell is ordered to make the payment for the salaries of the teachers and staff as previously ordered by this Court on August 28, 2009 in its Order Granting in Part and Denying in Part Burlingame Capital Partners II, L.P. Motion to Enforce Asset Purchase Agreement and Court Orders.

*** END OF ORDER ***

# SERVICE LIST
## In re Kids Connection
## Case No. 08-30026 DM 11

| | |
|---|---|
| Kids Connection, Inc.<br>c/o Linda A. Koelling, registered agent<br>1970 Beach Park<br>Foster City, CA 94404<br>**Debtor and Debtor in Possession** | Scott L. Goodsell, Esq.<br>William J. Healy, Esq.<br>Campeau, Goodsell and Smith<br>440 North First Street, Suite 100<br>San Jose, CA 95112<br>**Counsel for Debtors** |
| Dennis D. Davis, Esq.<br>Goldberg, Stinnett, Davis and Linchey<br>44 Montgomery Street, Suite 2900<br>San Francisco, CA 94104<br>**Attorneys for Creditor Linda Ann Koelling and Harry Fred Koelling** | Patricia Cutler, Esq.<br>Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br>**U.S. Trustee** |
| Mark Bostick, Esq.<br>Wendel, Rosen, Black and Dean<br>1111 Broadway, 24th Floor<br>P.O. Box 2047<br>Oakland, CA 94604-2047<br>**Counsel for Chapter 7 Trustee (In re Koellings)** | City National Bank<br>c/o Richard A. Rogan Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111<br>**RSN Party** |
| Brian Fitzpatrick<br>c/o William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverly Street<br>Palo Alto, CA 94301<br>**Secured Creditor** | Lois I. Brady<br>P.O. Box 12754<br>Oakland, CA 94604<br>**Chapter 7 Trustee (In re Koellings)** |

- 3 -

ORDER GRANTING EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION

Case: 08-30026   Doc# 377-3   Filed: 10/14/09   Entered: 10/14/09 15:28:23   Page 3 of 3