| | |
|---|---|
| 1 | JOHN W. HOWARD, State Bar No. 80200 |
| 2 | MICHELLE D. VOLK, State Bar No. 217151 |
| | J.W. Howard/Attorneys, LTD. |
| 3 | 1508 West Lewis Street |
| | San Diego, California 92103 |
| 4 | |
| | Telephone:  (619) 234-2842 |
| 5 | Telefax:    (619) 234-1716 |

Attorneys for Burlingame Capital Partners II, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re
)   Case No. 08-30026 DM 11
)
)   Chapter 11
)
KIDS CONNECTION, INC.,
)
)   **CERTIFICATE OF SERVICE**
)
Debtor.
)
)
)
)
)

- 1 -

| | | |
|---|---|---|
| STATE OF CALIFORNIA  ) | | *KIDS CONNECTION, INC.* |
| ) ss. | | *Case No. 08-30026 DM 11* |
| COUNTY OF SAN DIEGO  ) | | |

I am over the age of 18 years, employed in the county of San Diego; my business address is 1508 West Lewis St., San Diego, CA 92103.

On October 14, 2009, I served the following documents:

**EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION**

**DECLARATION OF JOHN W. HOWARD IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION**

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER ENFORCING COURT'S ORDER THAT PAYMENT BE MADE TO THE TEACHERS AND STAFF OF KIDS CONNECTION**

in said action by placing a true copy thereof closed in a sealed envelope, addressed as follows and placing same in the U.S. mail, postage prepaid, to:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October 2009 at San Diego, California.

                       /s/ Elisa Marino_____
                         Elisa Marino

- 2 -

| | |
|---|---|
| **SERVICE LIST** | |
| **In re Kids Connection** | |
| **Case No. 08-30026 DM 11** | |

| | |
|---|---|
| Kids Connection, Inc.<br>c/o Linda A. Koelling, registered agent<br>1970 Beach Park<br>Foster City, CA 94404<br>**Debtor and Debtor in Possession** | Scott L. Goodsell, Esq.<br>William J. Healy, Esq.<br>Campeau, Goodsell and Smith<br>440 North First Street, Suite 100<br>San Jose, CA 95112<br>**Counsel for Debtors** |
| Dennis D. Davis, Esq.<br>Goldberg, Stinnett, Davis and Linchey<br>44 Montgomery Street, Suite 2900<br>San Francisco, CA 94104<br>**Attorneys for Creditor Linda Ann Koelling and Harry Fred Koelling** | Patricia Cutler, Esq.<br>Office of the U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br>**U.S. Trustee** |
| Mark Bostick, Esq.<br>Wendel, Rosen, Black and Dean<br>1111 Broadway, 24th Floor<br>P.O. Box 2047<br>Oakland, CA 94604-2047<br>**Counsel for Chapter 7 Trustee (In re Koellings)** | City National Bank<br>c/o Richard A. Rogan Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111<br>**RSN Party** |
| Brian Fitzpatrick<br>c/o William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverly Street<br>Palo Alto, CA 94301<br>**Secured Creditor** | Lois I. Brady<br>P.O. Box 12754<br>Oakland, CA 94604<br>**Chapter 7 Trustee (In re Koellings)** |