

Signed and Filed: November 25, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
) No. 08-30026DM
KIDS CONNECTION, INC., )
)
Debtor. ) Chapter 11
_____)

ORDER APPOINTING RESPONSIBLE INDIVIDUAL

On November 11, 2009, Debtor Kids Connection, Inc. filed an application to appoint Katie Rose, Debtor's acting president, as the responsible individual for Debtor, replacing Linda Koelling. Burlingame Capital Partners, II, L.P. filed an objection. For the reasons stated on the record on November 24, 2009, the objection is overruled and the motion is granted. Katie Rose, whose address and telephone number are below, is appointed as the designated individual pursuant to B.L.R. 4002-1.

    Katie Rose
    40 S. First St., Ste. A/B
    San Jose, CA 95113
    Telephone: (408) 677-6103

**END OF ORDER**

```
 1                        COURT SERVICE LIST

 2   Scott L. Goodsell, Esq.
     William J. Healy, Esq.
 3   Campeau Goodsell Smith, L.C.
     440 N. 1st St., Ste. 100
 4   San Jose, CA 95112

 5   John W. Howard, Esq.
     Michelle D. Volk, Esq.
 6   J.W. Howard/Attorneys, Ltd.
     1508 West Lewis St.
 7   San Diego, CA 92103

 8   Office of the United States Trustee
     235 Pine St., Ste. 700
 9   San Francisco, CA 94104

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  -2-
```