

Signed and Filed: December 01, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392
Email: kray@gsdllaw.com

Attorneys for Linda Koelling

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

KIDS CONNECTION, INC.,

    Debtor.

Case No. 08-30026 DM

Chapter 11

| | |
|---|---|
| Date: | November 24, 2009 |
| Time: | 9:30 a.m. |
| Place: | Courtroom 22 |
| | 235 Pine Street, 22nd Fl. |
| | San Francisco, CA |
| Judge: | Hon. Dennis Montali |

### ORDER DENYING MOTION FOR CIVIL CONTEMPT AS TO LINDA KOELLING

The Motion For Civil Contempt For Violation of a Court Order (the "Motion") filed by Burlingame Capital Partners II, L.P. ("Burlingame") against Linda Koelling and Scott Goodsell, counsel for the debtor Kids Connection, Inc., came on regularly for hearing on November 24, 2009 before the undersigned bankruptcy judge. Appearances were made as noted in the record of this Court. Based upon the declaration of Linda Koelling in opposition to the Motion, the evidence in the record, arguments of counsel, and for the reasons stated by the Court at the hearing,

IT IS HEREBY ORDERED that the Motion is DENIED as to Linda Koelling.

**END OF ORDER**

1

123608.DOC

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | John W. Howard, Esq. |
|   | J.W. Howard/Attorneys, LTD. |
| 3 | 1508 West Lewis Street |
|   | San Diego, CA 92103 |
| 4 | |
|   | Scott Goodsell, Esq. |
| 5 | William J. Healy, Esq. |
|   | Campeau Goodsell Smith |
| 6 | 440 N. First Street, Suite 100 |
|   | San Jose, CA 95112 |
| 7 | |
|   | Dennis D. Davis, Esq. |
| 8 | Katherine D. Ray, Esq. |
|   | Goldberg, Stinnett, Davis & Linchey |
| 9 | 44 Montgomery Street, Suite 2900 |
|   | San Francisco, CA 94104 |
| 10 | |
|   | Patricia Cutler, Esq. |
| 11 | Office of the United States Trustee |
|   | 235 Pine Street, 6th Floor |
| 12 | San Francisco, CA 94104 |