Signed and Filed: December 04, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

1  DONNA S. TAMANAHA,
   Assistant U.S. Trustee (WI#1013199)
2  PATRICIA A. CUTLER,
   Trial Attorney (#50352)
3  U.S. Department of Justice
   Office of the United States Trustee
4  235 Pine Street, Suite 700
   San Francisco, CA  94104
5  Telephone: (415) 705-3333
   Facsimile:  (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re                                    )  No.   08-30026 DM 11
                                         )
**KIDS CONNECTION, INC.**                )  Chapter 11
                                         )
                                         )  Date: December 4, 2009
         Debtor.                         )  Time: 10:00 a.m.
                                         )  Ctrm: Hon. Dennis Montali
                                         )        235 Pine Street, Courtroom 22
                                         )        San Francisco, CA
_____)

## ORDER CONVERTING CASE TO CHAPTER 7

The hearing on the Acting U.S. Trustee's Motion to Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b) was held on December 4, 2009, at 10:00 a.m. before the Honorable Dennis Montali. Appearances as noted on the record. For the reasons stated on the record,

IT IS HEREBY ORDERED:

(1) The Acting U.S. Trustee's Motion to Convert is granted in its entirety;

(2) The above captioned case is converted to chapter 7; and

(3) The chapter 7 trustee appointed by the U.S. Trustee is Janina M. Elder, who shall serve under the blanket bond that is in place in this district.

***END OF ORDER***

ORDER CONVERTING CASE TO CHAPTER 7: 08-30026

| | | |
|---|---|---|
| 1 | | COURT SERVICE LIST |
| 2 | Debtor<br>Kids Connection, Inc. | U.S. Trustee<br>Patricia A. Cutler |
| 3 | 1970 Beach Park Blvd.<br>Foster City, CA 94404 | Office of the U.S. Trustee<br>235 Pine Street, Suite 700 |
| 4 | | San Francisco, CA 94104 |
| 5 | Debtor's Counsel<br>Scott L. Goodsell | Chapter 7 Trustee |
| 6 | Campeau, Goodsell and Smith<br>440 N. 1st St. #100 | Janina M. Elder<br>P.O. Box 158 |
| 7 | San Jose, CA 95112 | Middletown, CA 95461 |


---

<pre>
 1                              COURT SERVICE LIST

 2   Debtor                                  U.S. Trustee
     Kids Connection, Inc.                   Patricia A. Cutler
 3   1970 Beach Park Blvd.                   Office of the U.S. Trustee
     Foster City, CA 94404                   235 Pine Street, Suite 700
 4                                           San Francisco, CA 94104

 5   Debtor's Counsel
     Scott L. Goodsell                       Chapter 7 Trustee
 6   Campeau, Goodsell and Smith             Janina M. Elder
     440 N. 1st St. #100                     P.O. Box 158
 7   San Jose, CA 95112                      Middletown, CA 95461

 8   Examiner
     David A. Bradlow
 9   3947 - 23rd Street
     San Francisco, CA 94114-3302
10
     Request for Special Notice
11   Burlingame Capital Partners II, L.P.
     c/o Robert D. Judson, Jr.
12   3182 Campus Drive, Suite 306
     San Mateo, CA 94403
13
     Burlingame Capital Partners II, L.P.
14   c/o John W. Howard
     JW Howard/Attorneys
15   1508 W. Lewis St.
     San Diego, CA 92103
16
     CITY NATIONAL BANK
17   c/o Richard A. Rogan, Esq.
     Walter W. Gouldsbury III, Esq.
18   Jeffer, Mangels, Butler, & Marmaro LLP
     Two Embarcadero Center, 5th Floor
19   San Francisco, CA 94111

20   Brian Fitzpatrick
     c/o William C. Lewis, Esq.
21   Law Offices of William C. Lewis
     510 Waverley Street
22   Palo Alto, CA 94301

23   Lois Brady
     c/o Mark S. Bostick, Esq.
24   Wendel, Rosen, Black & Dean LLP
     1111 Broadway, 24th Floor
25   Oakland, CA 94607

26

27

28

     ORDER CONVERTING CASE TO CHAPTER 7: 08-30026
</pre>