DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) No. 08-30026
 )
**KIDS CONNECTION, INC.,** ) Chapter 7
 ) (Previous chapter 11)
 )
 Debtor. ) Date of Conversion: 12/04/09
 )
 )
_____ )

**STATEMENT OF NON-PAYMENT OF STATUTORY FEE**
**UNDER CHAPTER 123 OF TITLE 28**

 1. The undersigned is an employee of the United States Trustee and is authorized to make this request for payment of fees due to the United States Trustee.

 2. On the date of the conversion, debtor owed $14,625 for second quarter of 2009 through fourth quarter of 2009. The amount is based on disbursements during the pendency of the chapter 11 case pursuant to 28 U.S.C. § 1930(a)(6), for at least $250 to a maximum of $10,000 quarterly through December 31, 2007 and at least $325 to a maximum of $30,000 effective January 1, 2008. The amount is estimated until filing of quarterly reports.

 3. The basis for the indebtedness is the unpaid quarterly fee assessed under Chapter 123 of Title 28, United States Code which fees are entitled a first priority in the chapter 7 case as set forth in 11 U.S.C. § 507(a)(1).

Dated: December 21, 2009                                    Respectfully submitted,
                                                            Sara L. Kistler, Acting U.S. Trustee

                                                            By: */s/ Patricia A. Cutler*
                                                                 Attorneys for the U.S. Trustee

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached;

**STATEMENT OF NON-PAYMENT OF TITLE 28 FEES**

each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Chapter 7 Trustee
Janina M. Elder
P.O. Box 158
Middletown, CA 95461

Debtor
Kids Connection, Inc.
1970 Beach Park Blvd.
Foster City, CA 94404

Debtor's Counsel
Scott L. Goodsell
William J. Healy
Campeau, Goodsell and Smith
440 N. 1st St. #100
San Jose, CA 95112

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 21, 2009.

By: /s/ Ankey To
    Ankey To

- 2 -

Case: 08-30026   Doc# 411   Filed: 12/21/09   Entered: 12/21/09 13:45:20   Page 2 of 2