Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
JANINA M. ELDER

Signed and Filed: January 21, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

NOTE: THE COURT HAS MADE CHANGES TO THE ORDER THAT WAS SUBMITTED

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM<br><br>Chapter 7<br><br>**ORDER COMPELLING DEBTOR TO FILE SCHEDULE OF UNPAID DEBTS PURSUANT TO FED. R. BANKR. P. 1019(5)(A)** |

The Court, having reviewed chapter 7 trustee Janina M. Elder's *Ex Parte* Motion for Entry of Order Compelling Debtor to File Schedule of Unpaid Debts Pursuant to Fed. R. Bankr. P. 1019(5)(A) (the "Motion"), and finding good cause for the relief requested therein, rules as follows:

**IT IS HEREBY ORDERED** that debtor Kids Connection, Inc. ("Debtor"), ~~by and through Debtor's counsel, Campeau Goodsell Smith,~~ is directed to file, within seven (7) days of entry of this order, a full and complete schedule of unpaid debts incurred after the filing of the Debtor's petition and before conversion of the Debtor's case, including the name and address of each holder of a claim, as required by Fed. R. Bankr. P. 1019(5)(A).

***END OF ORDER***

DM3\1253770.1 R1013/00021

DUANE MORRIS LLP
SAN FRANCISCO

1

ORDER COMPELLING DEBTOR TO FILE SCHEDULE OF UNPAID DEBTS
PURSUANT TO FED. R. BANKR. P. 1019(5)(A) – CASE NO. 08-30026 DM

Case: 08-30026    Doc# 417    Filed: 01/21/10    Entered: 01/22/10 14:37:05    Page 1 of 2

# COURT SERVICE LIST

United States Trustee, Region 17
United States Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104-2736

Scott L. Goodsell
Campeau, Goodsell Smith
440 N. 1st St. #100
San Jose, CA 95112

DM3\1253770.1 R1013/00021

2

**ORDER COMPELLING DEBTOR TO FILE SCHEDULE OF UNPAID DEBTS
PURSUANT TO FED. R. BANKR. P. 1019(5)(A) – CASE NO. 08-30026 DM**

Case: 08-30026    Doc# 417    Filed: 01/21/10    Entered: 01/22/10 14:37:05    Page 2 of 2