Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Chapter 7 Trustee
JANINA M. ELDER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM<br><br>Chapter 7<br><br>**APPLICATION FOR ORDER SETTING BAR DATE FOR CHAPTER 11 ADMINISTRATIVE CLAIMS** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Janina M. Elder ("Trustee"), hereby applies for an order setting a bar date for the filing of Chapter 11 administrative claims in the referenced case, and alleges as follows:

1. On or about January 1, 2008 ("Petition Date"), Kids Connection, Inc., a California corporation ("Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On or about December 4, 2009, the Court entered an order converting the Debtor's case to one under Chapter 7 of the Bankruptcy Code.

3. The Trustee is the duly appointed, qualified and acting Chapter 7 trustee of the Debtor's bankruptcy estate.

DM3\1290801.1 R1013/00021    1

**APPLICATION FOR ORDER SETTING BAR DATE – CASE NO. 08-30026 DM**
Case: 08-30026    Doc# 419    Filed: 02/19/10    Entered: 02/19/10 10:36:09    Page 1 of 3

4.      Shortly after her appointment, and with the aid of her court appointed counsel, the Trustee requested that the Debtor's attorneys file a Rule 1019 statement in order to determine the nature, extent and amount of unpaid debts incurred after the Petition Date, but prior to conversion to Chapter 7. These demands went unanswered, except that Debtor's counsel directed the Trustee to seek such information from the Debtor's former designated responsible person.

5.      On January 19, 2010, the Trustee filed a motion to compel the Debtor to file a schedule of unpaid debts pursuant to Federal Rule of Bankruptcy Procedure 1019(5)(a). The matter was briefed, and a hearing held on January 29, 2010.

6.      During the course of the hearing on the Trustee's motion to compel on January 29, 2010, attorneys representing the Debtor and the Debtor's former designated responsible person, each were directed to provide to the Trustee the names and addresses of all known Chapter 11 creditors who may have unpaid claims, or to provide any documentation which would evidence the same, such that the Trustee could assemble a list of Chapter 11 unpaid creditors.

7.      Counsel for the Debtor and former designated responsible person have now provided certain documentation and information to the Trustee which has enabled her to construct a list of known administrative creditors who may have outstanding claims. Accordingly, the Trustee now requests that this Court make and enter an order fixing a Chapter 11 claims bar date, which she intends to serve on the parties identified by counsel to the Debtor and the former designated responsible person.

8.      The establishment of a Chapter 11 claims bar date is administrative in nature, and a hearing is not requested. The Trustee requests that she be authorized and directed to serve a notice of the Chapter 11 bar date, once set, on the potential Chapter 11 creditors identified as described above.

**WHEREFORE**, the Trustee respectfully requests that the Court make and enter an order barring any and all Chapter 11 administrative claims filed after the date set in the Court's order, and for such other and further relief as the Court deems proper.

Dated: February 19, 2010

**DUANE MORRIS LLP**

By: /s/ Aron M. Oliner (152373)
ARON M. OLINER
Attorneys for Chapter 7 Trustee
JANINA M. ELDER