Signed and Filed: February 19, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Chapter 7 Trustee
JANINA M. ELDER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM<br><br>Chapter 7<br><br>**ORDER SETTING BAR DATE FOR CHAPTER 11 ADMINISTRATIVE CLAIMS** |

On the basis of the application of Janina M. Elder ("Trustee"), Chapter 7 Trustee, for an Order setting a bar date for Chapter 11 administrative claims in the referenced case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. All Chapter 11 administrative claims of claimants, including counsel to the Debtor, on whom this Order is served, which are filed after April 29, 2010 shall be barred; and

2. Notice of this bar date must be served by the Trustee on all known Chapter 11 administrative creditors who have not previously filed such claims by no later than March 1, 2010.

***END OF ORDER***

## COURT SERVICE LIST

United States Trustee, Region 17
United States Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104-2736

William J. Healy
Campeau Goodsell Smith
440 North First Street, Suite 100
San Jose, CA 95112

DUANE MORRIS LLP
SAN FRANCISCO

DM3\1290814.1 R1013/00021

2

**ORDER SETTING BAR DATE – CASE NO. 08-30026 DM**

Case: 08-30026    Doc# 420    Filed: 02/19/10    Entered: 02/22/10 14:32:25    Page 2 of 2