JOHN W. HOWARD, State Bar No. 80200
MICHELLE D. VOLK, State Bar No. 217151
J.W. Howard/Attorneys, LTD.
1508 West Lewis Street
San Diego, California 92103

Telephone: (619) 234-2842
Telefax: (619) 234-1716

Attorneys for Burlingame Capital Partners II, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>Debtor. | Case No. 08-30026 DM 7<br><br>Chapter 7<br><br>**OBJECTION TO TRUSTEE'S APPLICATION FOR APPROVAL OF TRUSTEE'S COMPROMISE WITH LINDA KOELLING** |

Comes, now, Burlingame Capital Partners II, LP ("BCP"), and objects to the Trustee's Application for Approval of Trustee's proposed compromise with Linda Koelling. BCP's objection is based on the fact that the amount owed to the estate by Linda Koelling far exceeds any amount to which she arguable would be entitled and her wrongful acts during the pendency

- 1 -
**Objection To Trustee's Application For Approval Of Trustee's Compromise With Linda Koelling**

of this proceeding make any compromise with her that results in payment of money from the estate to Ms. Koelling unconscionable.

BCP's opposition is based upon the facts and evidence in the papers and materials attached hereto as Exhibit "A" and incorporated herein by this reference.

Dated: April 1, 2010

/s/ John W. Howard
John W. Howard
Attorney for BCP

- 2 -
**Objection To Trustee's Application For Approval Of Trustee's Compromise With Linda Koelling**