**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco DIVISION**

IN RE:                                    Chapter 7

KIDS CONNECTION, INC.                     Case No. 08-30026 MD

                    Debtor(s)

## APPLICATION OF TRUSTEE FOR COMPENSATION

**TO:**   **THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE**

The application of Janina M. Hoskins, brought pursuant to Section 330, Bankruptcy Code, respectfully shows that she is the duly appointed Trustee in Bankruptcy in the above captioned estate, that the assets of said debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $235,078.62.

In the administration of said estate, your applicant has performed those services required by a Trustee.

Your applicant deems said services to be reasonably worth $14,500.12. The statutory allowance is the sum of $15,003.93 and your applicant has heretofore received on account of her compensation as such Trustee the sum of $0.00.

Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding Attorney-at-Law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of her own funds the following expenses properly chargeable to said estate, none of which have been repaid, and for which she requests reimbursement, to wit:

              TOTAL: - waived                          $            0.00

WHEREFORE, Janina M. Hoskins requests reimbursement for such allowance for her services herein as the Court finds reasonable and just.

DATED: December 6, 2010.

                                   /s/ Janina M. Hoskins
                                   Janina M. Hoskins, Trustee

# Compensation and Expense Worksheet

**Case Number:** 08-30026 MD
**Debtor:** KIDS CONNECTION, INC.

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. §326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| Receipts | $235,078.62 | 25% of First $5,000.00 | $1,250.00 |
| Less | ($5,000.00) | ($1,250.00 Max) | |
| Balance | $230,078.62 | 10% of next $45,000.00 | $4,500.00 |
| Less | ($45,000.00) | ($4,500.00 Max) | |
| Balance | $185,078.62 | 5% of next $950,000.00 | $9,253.93 |
| Less | ($950,000.00) | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of Remaining Balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $15,003.93 |
| Less Previously Paid Compensation: | $0.00 |
| **TOTAL COMPENSATION REQUESTED:** | **$14,500.12** |

## 2. TRUSTEE EXPENSES

| | |
|---|---|
| TOTAL EXPENSES CALCULATED: | $0.00 |
| Less Previously Paid Expenses: | $0.00 |
| **TOTAL EXPENSES REQUESTED:** | **$0.00** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$14,500.12** |

DATED: December 6, 2010.

/s/ Janina M. Hoskins
Janina M. Hoskins, Trustee
P.O. Box 158
Middletown, CA 95461