Notice to all attorneys: Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NFH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Kids Connection, Inc. | Case No.: 08−30026 DM 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF HEARING ON TRUSTEE'S FINAL APPLICATION(S) FOR COMPENSATION

PLEASE TAKE NOTICE THAT Janina M. Hoskins, trustee in the above styled case has filed a Final Report of Estate and the trustee's professionals have filed final fee applications. Notice is also given that a hearing will be held to act on the applications for compensation. Objections to the Trustee's Final Report and Applications must be filed and served no later than 7 days before the date of the hearing, notwithstanding the deadline for objections in the accompanying Notice of Trustee's Final Report. Any objections will be heard on the date set forth below. **Attendance by creditors is welcome but not required.**

| **DATE:** April 8, 2011 | **TIME:** 09:30 AM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, 235 Pine St. 22nd Fl., San Francisco, CA 94104 ||

Dated: 3/11/11

For the Court:

Gloria L. Franklin
Clerk of Court United States Bankruptcy Court