# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re: KIDS CONNECTION, INC.          § Case No. 08-30026
                                      §
                                      §
                                      §
Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $7,450,612.15          Assets Exempt:   N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,233.82      Claims Discharged
                                                Without Payment:  N/A

Total Expenses of Administration:  $230,857.19

3)  Total gross receipts of $   235,090.90   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $235,090.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case: 08-30026   Doc# 485   Filed: 08/17/11   Entered: 08/17/11 10:41:31   Page 1 of 16

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,366,942.44 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 121,844.67 | 120,889.75 | 113,129.34 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 1,116,177.53 | 760,177.53 | 117,727.85 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 124,275.17 | 142,234.23 | 4,233.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,713,947.99 | 6,706,309.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $15,443,187.80 | $7,729,611.18 | $235,091.01 |

4) This case was originally filed under Chapter 7 on January 09, 2008. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011          By: /s/Janina M. Hoskins
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTERESTS IN INSURANCE POLICIES | 1129-000 | 2,940.00 |
| BANK ACCOUNTS | 1129-000 | 188,822.62 |
| MISC | 1129-000 | 13,604.27 |
| BANK ACCOUNTS | 1129-000 | 29,495.89 |
| MISC | 1129-000 | 50.00 |
| Interest Income | 1270-000 | 178.12 |
| **TOTAL GROSS RECEIPTS** | | $235,090.90 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | City National Bank | 4110-000 | N/A | 5,280,816.84 | 0.00 | 0.00 |
| 14 | Brian Fitzpatrick | 4210-000 | N/A | 233,708.60 | 0.00 | 0.00 |
| 18 -2 | Lois Brady, Trustee, Case No. 04-46443 | 4220-000 | N/A | 1,275,000.00 | 0.00 | 0.00 |
| 30 | Linda Koelling | 4120-000 | N/A | 577,417.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $7,366,942.44 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janina M. Hoskins | 2100-000 | N/A | 15,004.34 | 14,500.53 | 14,500.12 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 451.11 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 177.15 | 177.15 | 177.15 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 425.07 | 425.07 | 425.07 |
| Franchise Tax Board | 2820-000 | N/A | 859.00 | 859.00 | 859.00 |
| DUANE MORRIS LLP | 3210-000 | N/A | 77,760.00 | 77,760.00 | 70,000.00 |
| DUANE MORRIS LLP | 3220-000 | N/A | 1,694.25 | 1,694.25 | 1,694.25 |
| BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | 10,631.50 | 10,631.50 | 10,631.50 |
| BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | 217.25 | 217.25 | 217.25 |
| Office of the United States Trustee | 2950-000 | N/A | 14,625.00 | 14,625.00 | 14,625.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 121,844.67 | 120,889.75 | 113,129.34 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Franchise Tax Board | 6820-000 | N/A | 5,009.00 | 5,009.00 | 160.43 |
| Linda Koelling | 6910-000 | N/A | 325,000.00 | 50,000.00 | 50,000.00 |
| Campeau Goodsell Smith | 6210-160 | N/A | 584,095.64 | 584,095.64 | 15,292.75 |
| Campeau Goodsell Smith | 6220-170 | N/A | 2,814.20 | 2,814.20 | 90.07 |
| David A. Bradlow, Examiner | 6700-380 | N/A | 68,258.69 | 68,258.69 | 2,184.60 |
| Burlingame Capital Partners II, L.P. | 6910-000 | N/A | 131,000.00 | 50,000.00 | 50,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 1,116,177.53 | 760,177.53 | 117,727.85 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Dept. | 5300-000 | N/A | N/A | 7,305.37 | 0.00 |
| | UNITED STATES TREASURY | 5300-000 | N/A | N/A | 1,765.47 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case: 08-30026    Doc# 485    Filed: 08/17/11    Entered: 08/17/11 10:41:31    Page 4 of 16

| | | | | | |
|---|---|---|---|---|---|
| | UNITED STATES TREASURY | 5300-000 | N/A | N/A | 7,548.89 | 0.00 |
| | UNITED STATES TREASURY | 5300-000 | N/A | N/A | 30,439.02 | 0.00 |
| | Employment Development Dept. | 5300-000 | N/A | N/A | 985.43 | 0.00 |
| | Employment Development Dept. | 5800-000 | N/A | N/A | 7,548.89 | 0.00 |
| | Employment Development Dept. | 5800-000 | N/A | N/A | 121.77 | 0.00 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 7,548.89 | 0.00 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 974.04 | 0.00 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 1,765.47 | 0.00 |
| 9 | Sona Dakessian | 5300-000 | N/A | 39,679.28 | 24,025.80 | 0.00 |
| 12 | Diane H Marcum | 5300-000 | N/A | 58,267.52 | 35,280.98 | 0.00 |
| 23 | Leah D. Harper | 5300-000 | N/A | 1,533.20 | 928.35 | 0.00 |
| 31 | Charlet N Burcin | 5300-000 | N/A | 626.85 | 379.57 | 0.00 |
| 34 | Diane H Marcum | 5300-000 | N/A | 15,295.80 | 9,261.60 | 0.00 |
| 36 | Kathy Parker | 5300-000 | N/A | 2,045.45 | 1,232.38 | 1,232.38 |
| 37 | Mary L Frye | 5300-000 | N/A | 2,558.00 | 1,548.87 | 0.00 |
| 38 | Debbie Curran | 5300-000 | N/A | 1,750.00 | 1,054.37 | 1,054.37 |
| 42P | State Board of Equalization | 5800-000 | N/A | 572.00 | 572.00 | 0.00 |
| 1001 | U. S. Treasury | 5800-000 | N/A | 1,239.22 | 1,239.22 | 1,239.22 |
| 1002 | Employment Development Dept. | 5800-000 | N/A | 269.48 | 269.48 | 269.48 |
| 1003 | U.S. Treasury | 5800-000 | N/A | 30.36 | 30.36 | 30.36 |
| 1004 | Employment Development Dept. | 5800-000 | N/A | 117.66 | 117.66 | 117.66 |
| 1005 | U.S. Treasury | 5800-000 | N/A | 290.35 | 290.35 | 290.35 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 124,275.17 | 142,234.23 | 4,233.82 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Office Depot | 7100-000 | N/A | 2,814.26 | 2,814.26 | 0.00 |
| 2 | Office Depot | 7100-000 | N/A | 1,530.47 | 1,530.47 | 0.00 |
| 3 | Rentschler/Tursi, LLP | 7100-000 | N/A | 17,123.80 | 17,123.80 | 0.00 |
| 4 | Wells Fargo Bank | 7100-000 | N/A | 23,001.07 | 23,001.07 | 0.00 |
| 5 | Wells Fargo Bank | 7100-000 | N/A | 26,747.94 | 26,747.94 | 0.00 |
| 6 | Wells Fargo Bank | 7100-000 | N/A | 9,605.58 | 9,605.58 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Kirk Freeman | 7100-000 | N/A | 177,975.19 | 177,975.19 | 0.00 |
| 8 | US Bancorp Business Equipment Finance Group | 7100-000 | N/A | 23,439.22 | 15,800.90 | 0.00 |
| 11 | Burlingame Capital Partners II, L.P | 7100-000 | N/A | 5,659,655.10 | 5,659,655.10 | 0.00 |
| 15 -2 | Lois Brady, Trustee, Case No. 04-46443 | 7100-000 | N/A | 301,000.00 | 301,000.00 | 0.00 |
| 16 | Mark Martel, Esq. | 7100-000 | N/A | 117,841.51 | 117,841.51 | 0.00 |
| 17 | Debbi Curran | 7100-000 | N/A | 31,041.28 | 31,041.28 | 0.00 |
| 19 | Nancy Barbi | 7100-000 | N/A | 34,525.28 | 34,525.28 | 0.00 |
| 20 | Corrine F Ortega | 7100-000 | N/A | 38,522.08 | 38,522.08 | 0.00 |
| 21 | Kathleen H Parker | 7100-000 | N/A | 37,868.80 | 37,868.80 | 0.00 |
| 22 | Mary L. Kassenbaum | 7100-000 | N/A | 57,033.23 | 57,033.23 | 0.00 |
| 24 | Katherine N Strem | 7100-000 | N/A | 31,071.68 | 31,071.68 | 0.00 |
| 25 | Dennis G Plesea | 7100-000 | N/A | 35,333.28 | 35,333.28 | 0.00 |
| 26 | Lea N. Rochelle-Tran | 7100-000 | N/A | 28,666.67 | 28,666.67 | 0.00 |
| 27 | Mary L Frye | 7100-000 | N/A | 18,910.64 | 18,910.64 | 0.00 |
| 29 -2 | Franchise Tax Board | 7100-000 | N/A | 250.00 | 250.00 | 0.00 |
| 32 | Rentschler/Tursi, LLP | 7100-000 | N/A | 17,123.80 | 17,123.80 | 0.00 |
| 35 | Mary Lynn Kassebaum | 7100-000 | N/A | 14,982.92 | 14,982.92 | 0.00 |
| 39 | Nancy Barbi | 7100-000 | N/A | 1,750.00 | 1,750.00 | 0.00 |
| 40 | Kathleen O'Rourke | 7100-000 | N/A | 1,431.82 | 1,431.82 | 0.00 |
| 41 | Sona Dakessian | 7100-000 | N/A | 4,568.97 | 4,568.97 | 0.00 |
| 42U | State Board of Equalization | 7300-000 | N/A | 133.40 | 133.40 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 6,713,947.99 | 6,706,309.67 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-30026  
**Case Name:** KIDS CONNECTION, INC.

**Period Ending:** 08/09/11

**Trustee:** (007880) Janina M. Hoskins  
**Filed (f) or Converted (c):** 12/04/09 (c)  
**§341(a) Meeting Date:** 01/06/10  
**Claims Bar Date:** 04/06/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | INTERESTS IN INSURANCE POLICIES | 0.00 | 2,940.00 | | 2,940.00 | FA |
| 2 | BANK ACCOUNTS | 0.00 | 188,822.62 | | 188,822.62 | FA |
| 3 | MISC | 0.00 | 15,000.00 | | 13,604.27 | FA |
| 4 | REAL PROPERTY 1970 Beach Park Blvd. Foster City, CA 94404 | 7,200,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | BANK ACCOUNTS Bank of America Checking (See Footnote) | 8,035.00 | 8,035.00 | DA | 0.00 | FA |
| 6 | BANK ACCOUNTS City National Checking (See Footnote) | 14,000.00 | 14,000.00 | DA | 0.00 | FA |
| 7 | BANK ACCOUNTS City National Payroll (See Footnote) | 55,165.00 | 55,165.00 | DA | 0.00 | FA |
| 8 | BANK ACCOUNTS Wells Fargo Savings (See Footnote) | 848.00 | 848.00 | DA | 0.00 | FA |
| 9 | BANK ACCOUNTS Wells Fargo Checking (See Footnote) | 19,449.40 | 19,449.40 | DA | 0.00 | FA |
| 10 | ACCOUNTS RECEIVABLE | 29,784.75 | 0.00 | DA | 0.00 | FA |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES Various desks, chairs, computer equipment, and school supplies (See Footnote) | 100,000.00 | 100,000.00 | DA | 0.00 | FA |
| 12 | INVENTORY other than consumable school supplies, none estimate | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES 1995 Ford Club Wagon 1999 Ford Club Wagon 2001 Mercedes located at debtors business (See Footnote) | 23,330.00 | 23,330.00 | DA | 0.00 | FA |
| 14 | BANK ACCOUNTS DIP accounts at City National Bank | 0.00 | 29,495.00 | | 29,495.89 | FA |
| 15 | MISC | 0.00 | 50.00 | | 50.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 178.12 | FA |

Case: 08-30026   Doc# 485   Filed: 08/17/11   Entered: 08/17/11 10:41:31   Page 7 of 16

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-30026

**Case Name:** KIDS CONNECTION, INC.

**Trustee:** (007880) Janina M. Hoskins

**Filed (f) or Converted (c):** 12/04/09 (c)

**§341(a) Meeting Date:** 01/06/10

**Period Ending:** 08/09/11

**Claims Bar Date:** 04/06/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **16 Assets Totals** (Excluding unknown values) | **$7,450,612.15** | **$457,135.02** | | **$235,090.90** | **$0.00** |
| RE PROP# 5 pre-petition | | | | | |
| RE PROP# 6 pre-petition | | | | | |
| RE PROP# 7 pre-petition | | | | | |
| RE PROP# 8 pre-petition | | | | | |
| RE PROP# 9 pre-petition | | | | | |
| RE PROP# 11 sold in C. 11 | | | | | |
| RE PROP# 13 sold in C. 11 | | | | | |

**Major Activities Affecting Case Closing:**

1/5/10- enter UST claim inforamtion, f.u. re 1019 claims

3/3/10- f.u re settlement with principal and wage claimants

5/7/10- import and review claims

7/7/10- email to counsel re claims resolution issues and estimate re case closing

9/3/10- review file re taxes, Kassenbaum claim , new SBE claim,and closing status

11/23/10- process final Estate tax return- work on TFR

12/7/10- TFR submitted

5/16/11-confirm no objection to Memorandum re C. 11 professionals- email to counsel to submit Order

**Initial Projected Date Of Final Report (TFR):** December 31, 2011

**Current Projected Date Of Final Report (TFR):** December 7, 2010 (Actual)

_____
August 9, 2011

Date

/s/ Janina M. Hoskins
_____

Janina M. Hoskins

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-30026
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** 312-2573536-19 - Time Deposit Account
**Blanket Bond:** $7,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 02/18/10 | | FUNDING ACCOUNT: 312257353665 | | 9999-000 | 185,000.00 | | 185,000.00 |
| 03/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 24.33 | | 185,024.33 |
| 04/21/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.81 | | 185,047.14 |
| 04/23/10 | | Transfer out to account 312257353665 | Transfer out to account 312257353665 | 9999-000 | -185,047.14 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -47.14 | 0.00 |
| **Subtotal** | 47.14 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $47.14 | $0.00 |

{} Asset reference(s)

Case: 08-30026   Doc# 485   Filed: 08/17/11   Entered: 08/17/11 10:41:31   Page 9 of 16

Printed: 08/09/2011 12:04 PM     V.12.57

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-30026
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** 312-2573536-65 - Money Market Account
**Blanket Bond:** $7,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/09 | {1} | Republic Indemnity | insurance final audit refund | 1129-000 | 2,940.00 | | 2,940.00 |
| 12/22/09 | {2} | Goodsell Trust Account | Turnover of Atty trust funds held by C. 11 counsel for Debtor re Commercia account | 1129-000 | 188,822.62 | | 191,762.62 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.13 | | 191,764.75 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.56 | | 191,772.31 |
| 02/11/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2010 FOR CASE #08-30026, 2010 Bond payment Bond 016030864<br>Voided on 04/14/10 | 2300-000 | | 451.11 | 191,321.20 |
| 02/18/10 | | ACCOUNT FUNDED: 312257353619 | | 9999-000 | | 185,000.00 | 6,321.20 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.03 | | 6,326.23 |
| 03/23/10 | {3} | City National Bank | turnover of Legal Fee deposit- held in City National Bank- Jeffers Mangels retainer | 1129-000 | 13,604.27 | | 19,930.50 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 19,930.91 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.13 | | 19,931.04 |
| 04/06/10 | | Wire out to BNYM account 000257353665 | Wire out to BNYM account 000257353665 | 9999-000 | -19,931.04 | | 0.00 |
| 04/14/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2010 FOR CASE #08-30026, 2010 Bond payment Bond 016030864<br>Voided: check issued on 02/11/10 | 2300-000 | | -451.11 | 451.11 |
| 04/16/10 | | Wire out to BNYM account 000257353665 | Wire out to BNYM account 000257353665 | 9999-000 | -451.11 | | 0.00 |
| 04/23/10 | | Transfer in from account 312257353619 | Transfer in from account 312257353619 | 9999-000 | 185,047.14 | | 185,047.14 |
| 04/23/10 | | Wire out to BNYM account 000257353619 | Wire out to BNYM account 000257353619 | 9999-000 | -185,047.14 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 185,000.00 | 185,000.00 | **$0.00** |
| Less: Bank Transfers | -20,382.15 | 185,000.00 | |
| **Subtotal** | 205,382.15 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$205,382.15** | **$0.00** | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-30026  
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164  
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-02573536-19 - Trustee Investment Acct  
**Blanket Bond:** $7,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312257353665 | Wire in from JPMorgan Chase Bank, N.A. account 312257353665 | 9999-000 | 185,047.14 | | 185,047.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.80 | | 185,050.94 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 23.57 | | 185,074.51 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 22.82 | | 185,097.33 |
| 07/01/10 | | To Account #92000257353665 | Adjust Principal via TIA Rollover | 9999-000 | | 100,000.00 | 85,097.33 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 13.71 | | 85,111.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 10.84 | | 85,121.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.09 | | 85,123.97 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,126.13 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.09 | | 85,128.22 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,130.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.16 | | 85,132.54 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.95 | | 85,134.49 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.62 | | 85,135.11 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.27 | | 85,135.38 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 | | 85,136.63 |
| 04/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.20 | | 85,136.83 |
| 04/01/11 | | To Account #92000257353665 | Close TIA via TIA Rollover | 9999-000 | | 85,136.83 | 0.00 |

|  | | | | ACCOUNT TOTALS | 185,136.83 | 185,136.83 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 185,047.14 | 185,136.83 | |
| | | | | **Subtotal** | **89.69** | **0.00** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$89.69** | **$0.00** | |

{} Asset reference(s)  Printed: 08/09/2011 12:04 PM  V.12.57

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-30026
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-02573536-20 - Trustee Investment Acct
**Blanket Bond:** $7,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 06/04/10 | | FUNDING ACCOUNT: 92000257353665 | | 9999-000 | 40,000.00 | | 40,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.94 | | 40,003.94 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 5.10 | | 40,009.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 5.09 | | 40,014.13 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 40,014.45 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,014.78 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 40,015.10 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,015.43 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,015.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 40,016.06 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,016.39 |
| 04/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.03 | | 40,016.42 |
| 04/01/11 | | To Account #92000257353665 | Close TIA via TIA Rollover | 9999-000 | | 40,016.42 | 0.00 |

| | | | | ACCOUNT TOTALS | 40,016.42 | 40,016.42 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 40,000.00 | 40,016.42 | |
| | | | | **Subtotal** | **16.42** | **0.00** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$16.42** | **$0.00** | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-30026
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-02573536-65 - Money Market Account
**Blanket Bond:** $7,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312257353665 | Wire in from JPMorgan Chase Bank, N.A. account 312257353665 | 9999-000 | 19,931.04 | | 19,931.04 |
| 04/14/10 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2010 FOR CASE #08-30026, 2010 Blanket Bond No. 0160864 | 2300-000 | | 425.07 | 19,505.97 |
| 04/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312257353665 | Wire in from JPMorgan Chase Bank, N.A. account 312257353665 | 9999-000 | 451.11 | | 19,957.08 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.95 | | 19,958.03 |
| 05/03/10 | {14} | City National Bank | turnover of C. 11 DIP account | 1129-000 | 5,012.56 | | 24,970.59 |
| 05/03/10 | {14} | City National Bank | turnover of C. 11 DIP account | 1129-000 | 24,283.33 | | 49,253.92 |
| 05/04/10 | {14} | City National Bank | correction of deposit amount | 1129-000 | 200.00 | | 49,453.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.77 | | 49,456.69 |
| 06/04/10 | | ACCOUNT FUNDED: 92000257353620 | | 9999-000 | | 40,000.00 | 9,456.69 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.00 | | 9,457.69 |
| 07/01/10 | | From Account #92000257353619 | Adjust Principal via TIA Rollover | 9999-000 | 100,000.00 | | 109,457.69 |
| 07/01/10 | 11003 | Burlingame Capital Partners II, L.P | Final payment on claim per 5/20/10 Order Stopped on 07/13/10 | 7100-000 | | 50,000.00 | 59,457.69 |
| 07/01/10 | 11004 | Linda Koelling | Payment in full on asserted C. 11 administrative claim | 6910-000 | | 50,000.00 | 9,457.69 |
| 07/13/10 | 11003 | Burlingame Capital Partners II, L.P | Final payment on claim per 5/20/10 Order Stopped: check issued on 07/01/10 | 7100-000 | | -50,000.00 | 59,457.69 |
| 07/13/10 | 11005 | Burlingame Capital Partners II, L.P. | payment in full on claim per Court Order- reissued per check No. 11003 | 6910-000 | | 50,000.00 | 9,457.69 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.00 | | 9,459.69 |
| 08/17/10 | | To Account #92000257353666 | transfer re payment of wage claims per Order | 9999-000 | | 4,000.00 | 5,459.69 |
| 08/17/10 | | To Account #92000257353666 | transfer re wage claim taxes 6/11/10 Order | 9999-000 | | 500.00 | 4,959.69 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 4,960.12 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,960.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,960.20 |
| 11/23/10 | | To Account #92000257353666 | transfer to checking to pay Estate Final Taxes to CA | 9999-000 | | 542.82 | 4,417.38 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,417.41 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,417.44 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,417.47 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,417.50 |
| 03/03/11 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2011 FOR CASE | 2300-000 | | 177.15 | 4,240.35 |

Subtotals : $149,885.39  $145,645.04

{} Asset reference(s)

Case: 08-30026   Doc# 485   Filed: 08/17/11   Entered: 08/17/11 10:41:31   Page 13 of 16

Printed: 08/09/2011 12:04 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-30026
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-02573536-65 - Money Market Account
**Blanket Bond:** $7,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #08-30026, 2011 Blanket Bond Payment  Bond # 016030864 | | | | |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,240.38 |
| 04/01/11 | | From Account #92000257353619 | Close TIA via TIA Rollover | 9999-000 | 85,136.83 | | 89,377.21 |
| 04/01/11 | | From Account #92000257353620 | Close TIA via TIA Rollover | 9999-000 | 40,016.42 | | 129,393.63 |
| 04/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0300% | 1270-000 | 2.23 | | 129,395.86 |
| 04/25/11 | | To Account #92000257353666 | transfer to checking re final distribution to creditors | 9999-000 | | 129,395.86 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **275,040.90** | **275,040.90** | **$0.00** |
| Less: Bank Transfers | 245,535.40 | 174,438.68 | |
| **Subtotal** | **29,505.50** | **100,602.22** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$29,505.50** | **$100,602.22** | |

{} Asset reference(s)

Printed: 08/09/2011 12:04 PM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-30026  
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164  
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-02573536-66 - Checking Account  
**Blanket Bond:** $7,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/10 | | From Account #92000257353665 | transfer re payment of wage claims per Order | 9999-000 | 4,000.00 | | 4,000.00 |
| 08/17/10 | | From Account #92000257353665 | transfer re wage claim taxes  6/11/10 Order | 9999-000 | 500.00 | | 4,500.00 |
| 08/17/10 | 101 | Debbie Curran | Net check for wages- per Order 6/11/10 | 5300-000 | | 1,054.37 | 3,445.63 |
| 08/17/10 | 102 | Kathy Parker | net wage check per Order 6/11/10 | 5300-000 | | 1,232.38 | 2,213.25 |
| 08/17/10 | 103 | Financial Agent | Form 941 taxes per Curran/Parker: FEIN 94-3075164 | 5800-000 | | 1,239.22 | 974.03 |
| 08/17/10 | 104 | Employment Development Dept. | Form DE-88: Acct: 356-0999 | 5800-000 | | 269.48 | 704.55 |
| 08/17/10 | 105 | Financial Agent | FORM 940- FEIN 94-3075164 | 5800-000 | | 30.36 | 674.19 |
| 08/17/10 | 106 | Employment Development Dept. | FORM DE-7:  EDD Acct.  356-09999 | 5800-000 | | 117.66 | 556.53 |
| 08/17/10 | 107 | Financial Agent | FORM 941:  FEIN 94-3075164: | 5800-000 | | 290.35 | 266.18 |
| 09/09/10 | {15} | City of San Mateo | refund | 1129-000 | 50.00 | | 316.18 |
| 11/23/10 | | From Account #92000257353665 | transfer to checking to pay Estate Final Taxes to CA | 9999-000 | 542.82 | | 859.00 |
| 11/23/10 | 108 | Franchise Tax Board | Ref # FEIN 94-3075164 9/30/10  Form 100S Stopped on 02/22/11 | 2820-000 | | 859.00 | 0.00 |
| 02/22/11 | 108 | Franchise Tax Board | Ref # FEIN 94-3075164 9/30/10  Form 100S Stopped: check issued on 11/23/10 | 2820-000 | | -859.00 | 859.00 |
| 02/22/11 | 109 | Franchise Tax Board | Ref # FEIN 94-3075164 9/30/10 | 2820-000 | | 859.00 | 0.00 |
| 04/25/11 | | From Account #92000257353665 | transfer to checking re final distribution to creditors | 9999-000 | 129,395.86 | | 129,395.86 |
| 04/26/11 | | From Account #92000257353665 | interest correction per amount at account closing | 9999-000 | 0.11 | | 129,395.97 |
| 04/27/11 | 110 | DUANE MORRIS LLP | Final fees for counsel- Order Doc. No. 481 4/25/11 | 3210-000 | | 70,000.00 | 59,395.97 |
| 04/27/11 | 111 | DUANE MORRIS LLP | Final expenses for counsel- Order Doc. No. 481 4/25/11 | 3220-000 | | 1,694.25 | 57,701.72 |
| 04/27/11 | 112 | BACHEKI, CROM & CO., CPA'S | Accountant final fees- Doc. No. 480- Order 4/26/11 | 3410-000 | | 10,631.50 | 47,070.22 |
| 04/27/11 | 113 | BACHEKI, CROM & CO., CPA'S | Final expenses- accountant- Doc. no. 480- Order 4/26/11 | 3420-000 | | 217.25 | 46,852.97 |
| 04/27/11 | 114 | Janina M. Hoskins | Final trustee fees- Doc. No. 482- Order 4/26/11 | 2100-000 | | 14,500.12 | 32,352.85 |
| 06/29/11 | 115 | Office of the United States Trustee | Payment in full on C. 11 unpaid quarterly fees- 08-30026 | 2950-000 | | 14,625.00 | 17,727.85 |
| 06/29/11 | 116 | Campeau Goodsell Smith | Final Payment on Allowed Claim: 86.264% of funds on hand- Dck #478 | 6210-160 | | 15,292.75 | 2,435.10 |
| 06/29/11 | 117 | Campeau Goodsell Smith | Final Distri. C.11 expenses: .508 of remaining funds on hand- Dck. 478 | 6220-170 | | 90.07 | 2,345.03 |
| 06/29/11 | 118 | David A. Bradlow, Examiner | Final Distr.: 12.323% re remaining funds- | 6700-380 | | 2,184.60 | 160.43 |

|  | | | Subtotals : | | $134,488.79 | $134,328.36 | |

{} Asset reference(s)

Case: 08-30026   Doc# 485   Filed: 08/17/11   Entered: 08/17/11 10:41:31   Page 15 of 16

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-30026
**Case Name:** KIDS CONNECTION, INC.

**Taxpayer ID #:** 94-3075164
**Period Ending:** 08/09/11

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-02573536-66 - Checking Account
**Blanket Bond:** $7,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Docket No. 478 | | | | |
| 06/29/11 | 119 | Franchise Tax Board | Final Distribution re Funds on Hand: Docket No. 478 (.905%) | 6820-000 | | 160.43 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 134,488.79 | 134,488.79 | $0.00 |
| Less: Bank Transfers | 134,438.79 | 0.00 | |
| **Subtotal** | **50.00** | **134,488.79** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50.00** | **$134,488.79** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TIA # 312-2573536-19** | 47.14 | 0.00 | 0.00 |
| **MMA # 312-2573536-65** | 205,382.15 | 0.00 | 0.00 |
| **TIA # 9200-02573536-19** | 89.69 | 0.00 | 0.00 |
| **TIA # 9200-02573536-20** | 16.42 | 0.00 | 0.00 |
| **MMA # 9200-02573536-65** | 29,505.50 | 100,602.22 | 0.00 |
| **Checking # 9200-02573536-66** | 50.00 | 134,488.79 | 0.00 |
| | **$235,090.90** | **$235,091.01** | **$0.00** |

August 9, 2011
_____
Date

/s/ Janina M. Hoskins
_____
Janina M. Hoskins

{} Asset reference(s)

Printed: 08/09/2011 12:04 PM    V.12.57