## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re:  Kids Connection, Inc. | Case No.: 08–30026 DM 7 |
| Debtor(s) | Chapter:   7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

☑  Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 10/14/11                              By the Court:

                                             Dennis Montali
                                             United States Bankruptcy Judge